FILED 13 OCT '23 10:28USDC-ORP

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

Ninth    District of    Oregon

_____ Division

|  |  |  |
|---|---|---|
| Jacquelyn Kelly Novack | ) | Case No.  3:23-cv- 1511  AA |
| | ) | |
| *Plaintiff(s)* | ) | *(to be filled in by the Clerk's Office)* |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) | |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) | |
| *please write "see attached" in the space and attach an additional* | ) | |
| *page with the full list of names.)* | ) | |
| -v- | ) | |
| Ken Jeske | ) | |
| and | ) | |
| Forest Ledbetter | ) | |
| | ) | |
| *Defendant(s)* | ) | |
| *(Write the full name of each defendant who is being sued. If the* | ) | |
| *names of all the defendants cannot fit in the space above, please* | ) | |
| *write "see attached" in the space and attach an additional page* | | |
| *with the full list of names. Do not include addresses here.)* | | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

**Form 39.010**

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Jacquelyn Kelly Novack |
| All other names by which you have been known: | May, Burns, Way |
| ID Number | 16511064 |
| Current Institution | Coffee Creek Correctional Facility |
| Address | 24499 SW Grahams Ferry Rd. |

| Wilsonville | Oregon | 970701 |
|---|---|---|
| *City* | *State* | *Zip Code* |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Ken Jeske |
| Job or Title *(if known)* | Oregon DOC Westside Institutional Administrator |
| Shield Number | |
| Employer | Oregon Department of Corrections |
| Address | 3723 Fairview Industrial Dr. SE Suite 200 |

| Salem | Oregon | 97302 |
|---|---|---|
| *City* | *State* | *Zip Code* |

[X] Individual capacity    [X] Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Forest Ledbetter |
| Job or Title *(if known)* | Oregon DOC IT Manager |
| Shield Number | |
| Employer | Oregon Department of Corrections |
| Address | 3723 Fairview Industrial Dr. SE Suite 200 |

| Salem | Oregon | 97302 |
|---|---|---|
| *City* | *State* | *Zip Code* |

[X] Individual capacity    [X] Official capacity

Form 39.010

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

| | | | |
|---|---|---|---|
| Name | N/A | | |
| Job or Title *(if known)* | | | |
| Shield Number | | | |
| Employer | | | |
| Address | | | |
| | *City* | *State* | *Zip Code* |

☐ Individual capacity  ☐ Official capacity

Defendant No. 4

| | | | |
|---|---|---|---|
| Name | N/A | | |
| Job or Title *(if known)* | | | |
| Shield Number | | | |
| Employer | | | |
| Address | | | |
| | *City* | *State* | *Zip Code* |

☐ Individual capacity  ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

USCA CONST Amend. XIV, §1-Equal Protect

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.      Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Jeske and Ledbetter acted under color of state law under the Oregon Department of Corrections (ODOC) in upper management positions. Jeske, as the Westside Institution Administrator for ODOC and Ledbetter as the IT Manager for ODOC. Each of their affective decisions were made under the authorities provided to them in these positions under ODOC.

## III.   Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐  Pretrial detainee

☐  Civilly committed detainee

☐  Immigration detainee

☒  Convicted and sentenced state prisoner

☐  Convicted and sentenced federal prisoner

☐  Other *(explain)* _____

## IV.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.      If the events giving rise to your claim arose outside an institution, describe where and when they arose.

N/A

B.      If the events giving rise to your claim arose in an institution, describe where and when they arose.

The events giving rise to my claim arose within CCCF, through the Lifeskills department, beginning in room M111 on or about May 16th, 2022, through many different dates when I have tried all the various stages of grievances and discrimination complaints up until April 10th, 2023 when the final step required by the PLRA was denied by the Risk Management department.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.    What date and approximate time did the events giving rise to your claim(s) occur?

Beginning on May 16th, 2022 at around 1:00 p.m. when the original verbal denial of the consoles to the present.

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

On May 16th, 2022, I and twelve other women were denied possession of our Xbox consoles that we had ordered several weeks earlier through Reboot Salem. Assistant Superintendent, Ms. Christine Popoff, called the thirteen of us to room M111 to tell us that Ken Jeske was not going to let us have them due to them being purchased outside of the approved purchasing process and Forest Ledbetter was also not going to allow us to have them because they can interface with ODOC computers. On August 11th, 2022 we were all forced a refund for our consoles while the men have been allowed to continue to have & play several different entertainment console in their cells and maintain possession.

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

N/A

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I would like the court to address the discriminatory actions displayed by Mr. Ken Jeske and Mr. Forest Ledbetter. Also, I would like equal recreational opportunities' to what the similarly situated incarcerated men are afforded at other institutions in Oregon. I would like the inmates at CCCF, which are predominantly women, to be regarded with the same level of importance and respect as the men. I would like the women to be allowed to purchase all of the same gaming consoles and rating or quality of games for a reasonably similar cost to what the men paid for in-cell/bunk use as personal consoles, like the men's facilities have already set precedence to.

Inmates in Oregon with PlayStation 4/5 or Xbox One/One S = 100% MALE

**VII.    Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Coffee Creek Correctional Facility

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

Discrimination Complaint #CCCF-2022-06-005;
Discrimination Complaint #CCCF-2022-06-016

Form 39.010

D.     Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

[X] Yes

[ ] No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

[ ] Yes

[X] No

E.     If you did file a grievance:

1.     Where did you file the grievance?

Coffee Creek Correctional Facility

2.     What did you claim in your grievance?

Both Discrimination Complaints addressed the discriminatory acts against myself as a woman not being afforded the same opportunities as the men by allowing me to possess my lawfully purchased Xbox on May 16th, 2022.

3.     What was the result, if any?

Accepted, processed & eventually answered, but still denied equality & fairness, after many kytes, grievances, non-responses, & other attempts to communicate & resolve the issue. (See attached)

4.     What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

I filed Discrimination Complaint Appeals for both Discrimination Complaints after they were finally answered with denials of my 14th amendment right to equal protection. Many times, more grievances had to be filed just to get an answer after the allotted time had expired but I eventually was able to get through the entire grievance process with more appeals to the AICCRC in the Office of the Inspector General which was completed on November 18th, 2022. The final step of the Notice of Tort was filed in December, 2022 & acknowledged on 12-9-22, claim number L18363601. (See attached)

F.    If you did not file a grievance:

    1.    If there are any reasons why you did not file a grievance, state them here:

       N/A

    2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

       N/A

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

    Exhibit A: Discrimination Complaint #CCCF-2022-06-005, appeals & relevant communication
    Exhibit B: Discrimination Complaint #CCCF-2022-06-016, appeals & relevant communication

    *(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

    N/A

**Form 39.010**

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B.   If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s)        N/A

Defendant(s)

2.   Court *(if federal court, name the district; if state court, name the county and State)*

3.   Docket or index number

4.   Name of Judge assigned to your case

5.   Approximate date of filing lawsuit

6.   Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition.

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

C.   Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

**Form 39.010**

    ☐ Yes

    ☒ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

    1.    Parties to the previous lawsuit

        Plaintiff(s)    N/A _____

        Defendant(s) _____

    2.    Court *(if federal court, name the district; if state court, name the county and State)*

        _____

    3.    Docket or index number

        _____

    4.    Name of Judge assigned to your case

        _____

    5.    Approximate date of filing lawsuit

        _____

    6.    Is the case still pending?

        ☐ Yes

        ☐ No

        If no, give the approximate date of disposition _____

    7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

        _____

## IX.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:

| Signature of Plaintiff | | | |
|---|---|---|---|
| Printed Name of Plaintiff | Jacquelyn Novack | | |
| Prison Identification # | 16511064 | | |
| Prison Address | 24499 SW Grahams Ferry Rd. | | |
| | Wilsonville | Oregon | 97070 |
| | *City* | *State* | *Zip Code* |

### B.   For Attorneys

Date of signing:

| Signature of Attorney | N/A | | |
|---|---|---|---|
| Printed Name of Attorney | | | |
| Bar Number | | | |
| Name of Law Firm | | | |
| Address | | | |
| | *City* | *State* | *Zip Code* |
| Telephone Number | | | |
| E-mail Address | | | |

 **Oregon**
Tina Kotek, Governor

**Department of Administrative Services**
Enterprise Goods & Services
Risk Management
PO Box 12009
Salem, OR 97309-0009
Telephone: 503-373-7475
Fax: 503-373-7337

April 10, 2023

JACQUELYN NOVAK | SID# 16511064
CCCF
24499 SW GRAHAMS FERRY RD
WILSONVILLE OREGON 97070

| | |
|---|---|
| Claimant: | JACQUELYN NOVAK |
| Claim Number: | L18363601 |
| Date of Loss: | 11/18/2022 |
| Re: | Denial |

Dear Jacquelyn Novak,

Risk Management has completed the review of your tort claim allegations.

After considering all available documentation submitted, your claim is respectfully denied.

With this notification of denial, this ends the review process through our office and your claim is closed.

If you choose to pursue this matter through the litigation process, proper service of any litigation filings should be served upon

Oregon Department of Justice
Trial Division
1162 Court Street NE
Salem OR 97310

Respectfully,

Custody Claims Unit

 **Oregon**
Kate Brown, Governor

**Department of Administrative Services**
Enterprise Goods & Services
Risk Management
PO Box 12009
Salem, OR 97309-0009
Telephone: 503-373-7475
Fax: 503-373-7337

December 9, 2022

JACQUELYN NOVAK | SID #16511064
CCCF
24499 SW GRAHAMS FERRY RD
WILSONVILLE, OREGON 97070

Claim Number:      L18363601
Date of Loss:       11/18/2022
Re:                 Acknowledgement

Dear Jacquelyn Novak,

We have received your notice of claim. It has been referred to this unit for handling.

We are currently conducting a review through Department Of Corrections - Doc. We will contact you when it is completed.

You will not hear from us again until the review is complete.

Respectfully,

Custody Claims Unit

**Tort Claim Notice**
**[ONE OCCURRENCE, PER FORM]**

Date: _12/4/22_

To:    OREGON DEPARTMENT OF ADMINISTRATIVE SERVICES
       RISK MANAGEMENT
       PO BOX 12009
       SALEM, OR 97309-0009

FROM: CLAIMANT
       Legal Full Name:          _JACQUELYN KELLY NOVACK_
       SID Number:               _16511064_
       Current Mailing Address:  _CCCF_
                                 _24499 SW Grahams Ferry Rd._
                                 _Wilsonville, OR_
                                 _97070_
       Date of Birth:            _4/25/75_
       Social Security Number:   _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_
       Location of Loss:         _Coffee Creek Correctional Facility_
       Date of Loss:             _Nov. 18, 2022_

Pursuant to the provisions of ORS 30.275, claimant gives notice that a claim for damages is or will be asserted against the public body or an officer, employee or agent of the public body. Below is a description of the time, place and circumstances giving rise to the claim.

_After many months of exhausting department remedies, my discrimination complaint_
_appeals were denied, DC#CCCF-2022-06-005 & DC#CCCF-2022-06-016. See_
_enclosed copies of grievances, complaints, kytes, proposals, reciepts, etc. The first_
_discrimination complaint is against Ken Jeske for claiming I didn't purchase my_
_Xbox within the approved process, when it was approved through CCCF's security,_
_EmT & the ONLY process available to me. The second discrimination complaint_
_is against Forest Ledbetter for claiming the Xbox console can interface with_
_DOC systems but this was NEVER an issue at any of the male facilities, just_
_with the females. Both complaints have been appealed to the AICCRC in an_
_attempt to acquire the special order Xbox that I lawfully purchased in Feb._
_2022. ODOC has deprived me of equal protection as required by the 14th_
_Amendment which states that I will not be discriminated against due to my_
_gender. In denying me the Xbox I purchased, offering the "idea/concept" of a Switch,_

PAGE _1_ OF _2_

**Tort Claim Notice**
[ONE OCCURRENCE, PER FORM]

& not at least the PlayStation 4 (a higher level of quality in video game consoles) ODOC continues to discriminate against me, & lacks justification for the unequal treatment, in my attempt to gain a level of entertainment that is equivalent to what ONLY the male AICs have access to. This unequal treatment of females who are similarly situated to the male AICs is intentional & bears no penological interest. The gender discrimination so blatantly displayed by ODOC begs the court to view this case with heightened scrutiny in consideration for the lack of parity of treatment by prison officials to provide women with substantially equivalent substance to those provided for men. Of all the inmates in Oregon that have access to this higher level of video gaming, such as Xboxes & PlayStations, 100% of them are male. There is no rational basis for denying me an equal level of quality & ODOC's practice is not substantially related to the achievement of important governmental objectives, nor does it pertain to legitimate governmental purpose to deny women these options.

It is a claimant's responsibility to prove their allegations. Claimant must provide documentation before Risk Management begins an investigation with Dept. of Corrections. Provide any kytes, grievances, property inventory, canteen receipts and incident reports that substantiates your claim.

Document Enclosure(s):     YES [X]     NO [ ]

Claimant Signature: _Jackie Mole_

SID: _1451 1064_                    Date Signed: _12/4/22_

### Name and Addresses of Defendants/State Employees

Ken Jeske
3601 State St.
Salem, OR 97301

_____
_____
_____

Forest Ledbetter
3601 State St.
Salem, OR 97301

[SUPERINTENDENT]
Nicole Brown
24499 SW Grahams Ferry Rd.
Wilsonville, OR 97070

After certain date  _n/a_
my address will be _____

PAGE _2_ OF _2_

 **Oregon**

Kate Brown, Governor

**Oregon Department of Corrections**
Office of the Inspector General
3601 State St
Salem, OR 97301
Voice: 503-945-0927
Fax: 503-373-1173



November 18, 2022

Jacquelyn Novack SID# 16511064
Coffee Creek Correctional Facility
24499 SW Grahams Ferry Road
Wilsonville, OR 97070

RE: Discrimination Complaint Appeal: CCCF 2022-06-005A

Dear Jacquelyn Novack:

You have requested review of the above referenced Adult in Custody discrimination complaint by the Adult in Custody Complaint Review Committee (AICCRC). This committee hears appeals of discrimination complaints that were first reviewed at the institutional level. I am responding to your appeal of the original finding regarding your complaint. You filed your original complaint with Coffee Creek Correctional Facility on June 1, 2022. Your complaint was received on June 1, 2022 and accepted for investigation on June 10, 2022. After a thorough investigation, Superintendent Brown determined there was no basis for your complaint. Superintendent Brown sent the reasons for her decision to you in writing dated August 29, 2022. You then sent a letter requesting review of the original decision.

On November 3, 2022, the AICCRC heard your appeal and determined the following: Your allegation of discrimination has been carefully reviewed. The committee found there is no new information or reason to overrule or change the original decision.

The department now considers this matter closed.

Sincerely,

*Craig Prins*

Craig Prins
Inspector General

ACCEPTED

NOV 22 2022

CCCF GRIEVANCE OFFICE

SENT

NOV 22 2022

CCCF GRIEVANCE OFFICE

cc:    CCCF Superintendent
       CCCF Grievance/Discrimination Complaint Coordinator
       AICCRC Chair
       File



# Oregon Department of Corrections (ODOC)
## Coffee Creek Correctional Facility
## Discrimination Complaint Appeal - Accepted

**To:**   Novack, Jacquelyn          **SID #:**   16511064          **Cell:**   CCCF:J224B
**From:**   Arrington, L              **Date:**   09/21/2022

**Re:**   Discrimination# CCCF_2022_06_005A          *Jestle* → 10 wks. = 11/30/22
(November 30,

Your Discrimination Complaint Appeal was accepted and sent for response. You should expect a response within 70 days from the date of this notice.  If you do not recieve a response within 70 days contact your institutions Discrimination Complaint Coordinator.

If you have any questions regarding your discrimination complaint appeal, please refer to the Department of Corrections Administrative Rule "Discrimination Complaints" tab #006 located in the legal library or kyte your institution Discrimination Complaint Coordinator.

**Confidentiality Notice:** This document contains information belonging to the Department of Corrections.  This information may be confidential, restricted, and/or legally privileged, and is intended for appropriate and approved use under existing department rules, regulations, confidentiality and security agreements.  If you have received this document in error, please notify DOC immediately, keep the contents confidential, and promptly destroy the information and/or delete the document information from your computer system.

Page: 1 of 2 (3 page limit)    DC # CCC1-2022-06-005(A)

Official Use Only                    Resubmit

# DISCRIMINATION COMPLAINT APPEAL FORM

Name: NOVACK   JACQUELYN   K          16511004        J224B
        Last          First          Initial      SID#      Cell/Block/Bunk #

List in detail all the reasons you disagree with the initial discrimination complaint response. (Attach original discrimination complaint form and staff response.)

On August 30, 2022 I received a response denying my Discrimination Complaint against Ken Jeske, Westside Administrator (DC #CCCF-2022-06-005) which I filed on June 01, 2022. This denial was received in a letter from Superintendant Nicole Brown stating that there was insufficient evidence discovered to substantiate my allegations. This conclusion is neither accurate nor true. Of all the AICs in ODOC custody that rent or/& own an Xbox for in-cell personal use, 100% of them are genetically male, housed in men's facilities. Not only did I not receive my Xbox when it was delivered on 5/16/22, that I lawfully purchased in February 2022, using CCCF's approved process, I was unwillingly & forcefully reimbursed on 8/11/22 the $615.00 that I paid, contrary to my expectation & understanding, per my conversation with C. Propff. Not only would this type of treatment not happen to

Describe what action you want taken to resolve your complaint. (How can the problem be solved?)

I would like the Xbox & games that I purchased last February to be sold, again, to me through our only club, Toastmasters ("how the men do it") like K. Jeske told me I

9/5/22                                    [signature]
Date                                      Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| | RECEIVED | ACCEPTED | |
| | SEP 06 2022 | SEP 21 2022 | |
| Date Stamp | CCCF GRIEVANCE OFFICE Date Stamp | CCCF GRIEVANCE OFFICE Date Stamp | Date Stamp |

Case 3:23-cv-01511-AA    Document 1    Filed 10/13/23    Page 19 of 102
Page: __2__ of __2__ (3 page limit)    DC # CCC, 2022, 06-CCC(A)
Official Use Only    Resubmit



## DISCRIMINATION COMPLAINT APPEAL FORM

Name: __NOVACK__    __TAlQUELYN__    __K__    __16511064__    __JZZ4B__
        Last           First        Initial      SID#      Cell/Block/Bunk #

List in detail all the reasons you disagree with the initial discrimination complaint response. (Attach original discrimination complaint form and staff response.)

the men, it did not & does not happen. The men continue to possess & play their Xboxes in their cells, regardless of any risk to security or purchase process violation but I, a woman, am not afforded the same opportunity. This treatment is clearly discrimin-atory as it excludes me, a woman, & continues to allow the men to have a higher quality & higher level of entertainment than me, even though we are similarily situated in housing, I have been left-out of the higher quality & level of entertainment based on my assigned sex. The idea that ODOC Administrators Ken Jecke & Nicole Brown, didn't consider me, a woman, to be included for the incentive item & activity, Xbox, further exhibits their discriminatory mindset, placing me in a "less-than", or "unimportant" category compared to the men.

Describe what action you want taken to resolve your complaint. (How can the problem be solved?)

can, per our conversation on or about July 27th, 2022, when Donaldson, D. Cox & S. Womack were present.

__9/5/22__                              __[signature]__
Date                                    Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| | RECEIVED | ACCEPTED | |
| | SEP 0 6 2022 | SEP 21 2022 | |
| Date Stamp | CCCF GRIEVANCE OFFICE Date Stamp | CCCF GRIEVANCE OFFICE Date Stamp | Date Stamp |



## GRIEVANCE RESPONSE FORM

**TO BE FILLED OUT BY STAFF**

**Grievance #:** CCCF-202205-053

TO: Novack, Jacquelyn                16511064
_____        _____
Name of grievant                          SID #

FROM: F. Ledbetter                    CCS Program Manager
_____        _____
Name of respondent                        Title

List, in detail, action(s) taken. (What action was taken? Was the action what the AIC requested? If not, why? Who took the action? When was the action taken – date/time?)

Kyte has been responded to. "In writing" 6/1/2022

---

**Do not type past this line**

6/1/2022                                    Page 1 of 1                        ✗. ⟋⟍
_____                                                       _____
Date:                                                                  Signature of Staff Member

| Receiving Facility (if not processing facility) | Received at Processing Facility | Sent to AIC | Signature of Supervisor (Print/Sign) |
|---|---|---|---|
| | ACCEPTED | SENT | |
| | JUN 0 1 2022 | JUN 0 1 2022 | |
| Date Stamp | CCCF GRIEVANCE OFFICE Date Stamp | CCCF GRIEVANCE OFFICE Date Stamp | Distribution: White (Original grievance response form) |

CD117B (10/19)



**Oregon**

Kate Brown, Governor

**Oregon Department of Corrections**
Coffee Creek Correctional Institution
24499 SW Grahams Ferry Rd.
Wilsonville, OR 97070
Voice: 503-570-6400



September 26, 2022

Jacquelyn Novack, SID #16511064
Coffee Creek Correctional Facility
24499 SW Grahams Ferry Rd.
Wilsonville, OR 97070

Dear Jacquelyn Novack,

This letter is in response to your Discrimination Complaint, CCCF-2022-06-016, in which you allege that you as a female AIC at Coffee Creek Correctioinal Facility are not being allowed the same access to an X-Box entertainment center as the male AIC's are at male facilities. Ms. L. Arrington, Diversity Coordinator, was assigned the coordination of this investigation.

Please see the attached statement from Mr. K. Jeske regarding your claim.

At the conclusion of the investigation, there was insufficient evidence discovered to substantiate your allegations. Thank you for addressing your concerns appropriately. It is the Department's expectation that its employees, volunteers, and contractors maintain the highest level of professional and respectful standards.

You are entitled to further review of your discrimination complaint by the Adult in Custody Complaint Review Committee (AICCRC). The AICCRC is not under the control of any institution. To get a second review of your complaint you should:

- Send a completed discrimination complaint appeal form and all prior documentation to your Institution Discrimination Complaint Coordinator in accordance with OAR 291-006-0070.

- Please note that the scope of the original complaint cannot be expanded. No additional information may be submitted unless it was unavailable to you at the time the original discrimination complaint was filed, and the information is directly related to the alleged initial complaint.

Your accepted appeal, with attachments, will be sent to the AICCRC for review. You should receive a response from the Inspector General within 70 days.

Sincerely,

Nichole R. Brown

Nichole Brown
Superintendent

Jacquelyn Novack, SID #16511064
Discrimination Complaint, CCCF-2022-06-016
September 26, 2022
Page 2 of 2

cc:    Office of the Director            Office of the Inspector General
       Institutions Administrator       Institution Discrimination Complaint Coordinator

ACCEPTED                    SENT

SEP 2 6 2022              SEP 2 6 2022

CCCF GRIEVANCE OFFICE     CCCF GRIEVANCE OFFICE

## GRIEVANCE RESPONSE FORM

**TO BE FILLED OUT BY STAFF**

Grievance #: CCCF-2022-09-043

TO: Jacquelyn Novack                    16511064
    _____           _____
    Name of grievant                        SID #

FROM: L. Arrington                    Diversity Coordinator
      _____        _____
      Name of respondent                    Title

List, in detail, action(s) taken. (What action was taken? Was the action what the AIC requested? If not, why? Who took the action? When was the action taken – date/time?)

In your grievance you claim that as of 9/22/2022 Discrimination Complaint CCCF-2022-06-016 had not been responded to thus hindering your due process. A response was received for this Discrimination Complaint on 9/26/2022 and forwarded to you on the same date. The response was received late but has not affected your due process.

**Do not type past this line**

Page 1 of 1

Date: 10/13/22

_____
Signature of Staff Member
                  J. O'Leary
_____
Signature of Supervisor (Print/Sign)

| Receiving Facility (if not processing facility) | Received at Processing Facility ACCEPTED OCT 03 2022 CCCF GRIEVANCE OFFICE | Sent to AIC SENT OCT 03 2022 CCCF GRIEVANCE OFFICE | |
|---|---|---|---|
| Date Stamp | Date Stamp | Date Stamp | Distribution: White (Original grievance response form) |

CD117B (10/19)



**Oregon Department of Corrections**
Coffee Creek Correctional Institution
24499 SW Grahams Ferry Rd.
Wilsonville, OR 97070
Voice: 503-570-6400

Kate Brown, Governor

August 29, 2022



Jacquelyn Novack, SID #16511064
Coffee Creek Correctional Facility
24499 SW Grahams Ferry Rd.
Wilsonville, OR 97070

Dear Jacquelyn Novack,

This letter is in response to your Discrimination Complaint, CCCF-2022-06-006, in which you allege that you as a female and living in a female correctional facility are not being afforded the same privileges as male AIC's are in male institutions. You claim that they have access to personal X-box's and you do not. Ms. L. Arrington , Diversity Coordinator, was assigned the coordination of this investigation.

Ms. L. Arrington spoke with Mr. K. Jeske, West Side Adminiatrator regarding your claim. Attached to this letter is the response Mr. K. Jeske provided.

At the conclusion of the investigation, there was insufficient evidence discovered to substantiate your allegations. Thank you for addressing your concerns appropriately. It is the Department's expectation that its employees, volunteers, and contractors maintain the highest level of professional and respectful standards.

You are entitled to further review of your discrimination complaint by the Adult in Custody Complaint Review Committee (AICCRC). The AICCRC is not under the control of any institution. To get a second review of your complaint you should:

- Send a completed discrimination complaint appeal form and all prior documentation to your Institution Discrimination Complaint Coordinator in accordance with OAR 291-006-0070.

- Please note that the scope of the original complaint cannot be expanded. No additional information may be submitted unless it was unavailable to you at the time the original discrimination complaint was filed, and the information is directly related to the alleged initial complaint.

Your accepted appeal, with attachments, will be sent to the AICCRC for review. You should receive a response from the Inspector General within 70 days.

Sincerely,

Nichole R. Brown

Nichole Brown
Superintendent

Jacquelyn Novack, SID #16511064
Discrimination Complaint, CCCF-2022-06-006
August 29, 2022
Page 2 of 2

cc:    Office of the Director               Office of the Inspector General
         Institutions Administrator      Institution Discrimination Complaint Coordinator

ACCEPTED

AUG 30 2022

CCCF GRIEVANCE OFFICE

SENT

AUG 30 2022

CCCF GRIEVANCE OFFICE



# Oregon Department of Corrections (ODOC)
## Coffee Creek Correctional Facility
### Grievance - Accepted

**To:** Novack, Jacquelyn     **SID #:** 16511064      **Cell:** CCCF:J226B
**From:** Arrington, L       **Date:** 10/03/2022

**Re:** Non-Medical# CCCF_2022_09_043

Your grievance was accepted and sent for a response. You should expect a response within 35 days from the date of this notice.  If you do not recieve a response within 35 days contact your institutions Grievance Coordinator.

If you have any questions regarding your grievance, please refer to the Department of Corrections Administrative Rule "Grievance Review System" tab #109 located in the legal library or kyte your institution Grievance/Discrimination Complaint Coordinator.

Ledbetter

**Confidentiality Notice:** This document contains information belonging to the Department of Corrections.  This information may be confidential, restricted, and/or legally privileged, and is intended for appropriate and approved use under existing department rules, regulations, confidentiality and security agreements.  If you have received this document in error, please notify DOC immediately, keep the contents confidential, and promptly destroy the information and/or delete the document information from your computer system.



# OREGON DEPARTMENT OF CORRECTIONS

## AIC COMMUNICATION FORM

TO: Superintendent Brown                Date: 3/2/21

State your issue in detail: I'm just wondering if you received the Kyte & proposal I sent to you one week ago. I was hoping to hear back from you last work week but still hope to get a response next week (3/1 - 3/5) that you have at least received what I sent & is being reviewed - with a goal date set for resolution regarding my & Sasha Womack's game console proposal.

Please respond, if only to confirm that you received what was sent as mentioned above. Thank you!!

Sincerely,

Jacquelynn

| AIC Committed Name (first middle last) | SID# | Housing Unit |
|---|---|---|
| JACQUELYN KELLY NOVACK | 16511014 | J207 B |

Response/Action Taken:

Hello,

Please be patient. These are busy times.

Have a good day!   Us Kath

---

MAR 09 2021

Date Received: Superintendent's Office        Referred To*: _____

                        CCCF 3.11.21

Date Answered: _____        Signature of Staff Member: _____

*If forwarded, please notify the AIC

CD 214 (02/2020)

# OREGON DEPARTMENT OF CORRECTIONS
## AIC COMMUNICATION FORM

FROM 70

INSTITUTION: C.C.C.F
AIC NAME: JK NOVACK
SID #: 16511064
UNIT/BUNK: J207 B
ADDRESS: _____

TO FROM

NAME: Superintendent Brown
TITLE: _____
ADDRESS: _____

(Fold Here)



# OREGON DEPARTMENT OF CORRECTIONS
## AIC COMMUNICATION FORM

TO: Ms. L. Arrington                    Date: 8/27/22

State your issue in detail: Does a response from staff in regard to a DC or grievance need to be in writing? Such as, CD117B Grievance Response Form? Or, does an action of any kind related to the situation constitute a response? More directly, is the reimbursement of my Xbox considered to be a response to my DC? Should I consider my DC with Jeske exhausted since I did not recieve a written response in 70 days? Or, is the lack of a written response an implied denial of my request & therefore require an Appeal? I don't know if the correction to my DC Appeal is accurate or necessary, nor have I received notice of further investigation. Nothing I can find in 291-086 is explicit in answering some important questions that I have. Can you help me?

| AIC Committed Name (first middle last) | SID# | Housing Unit |
|---|---|---|
| JACQUELYN NOVACK | 16511064 | J22243 |

Response/Action Taken: _____

RECEIVED

AUG 29 2022

Date Received: _____     Referred To*: _____
CCCF GRIEVANCE OFFICE

Date Answered: _____     Signature of Staff Member: _____
*If forwarded, please notify the AIC

CD 214 (02/2020)

# OREGON DEPARTMENT OF CORRECTIONS
## AIC COMMUNICATION FORM

**FROM**

INSTITUTION: LCCF
AIC NAME: JK NOVACK
SID #: 16511064
UNIT/BUNK: J224B
ADDRESS: _____

**TO**

NAME: L. Arrington
TITLE: _____
ADDRESS: _____

--------------------------------------------------------------------------------

(Fold Here)



# OREGON DEPARTMENT OF CORRECTIONS
## AIC COMMUNICATION FORM

TO: Ms. L. Arrington                    Date: 5/29/22

State your issue in detail: When staff don't respond to a Grievance

or Discrimination Complaint using the standard

"Grievance/DC Response Form", how is the Grievance/DC

'closed-out'? If we're allowed 4 Grievances/DC at

a time & 3 of them are never responded to, but the

35/70 days have passed, plus the 14 days to grieve

the non-respons,... how do I/we (AICs) 'close'

Grievances/DC that are ignored or have not been

responded to using the corresponding "Grievance/DC

Response Form" (via Kyte or verbal)? Is there a

specific procedure appropriate for addressing these

issues? The 291-006 rules don't answer these questions.

Thank you,

Jacki Novick

| AIC Committed Name (first middle last) | SID# | Housing Unit |
|---|---|---|
| JACQUELYN  NOVACK | 16511064 | J224B |

Response/Action Taken:

MET WITH YOU 8/30/22

RECEIVED

Date Received: AUG 3 0 2022        Referred To*: _____

Date Answered 8/30/22                Signature of Staff Member: _____
DCCF GRIEVANCE OFFICE

*If forwarded, please notify the AIC

CD 214 (02/2020)

# OREGON DEPARTMENT OF CORRECTIONS
## AIC COMMUNICATION FORM

FROM

INSTITUTION: CCCF
AIC NAME: JK NOVACK
SID #: 16571064
UNIT/BUNK: J224B
ADDRESS:

TO

NAME: Ms. L. Arnington
TITLE: Grievance Coordinator
ADDRESS:

--------------------------------------------------------------------------------
(Fold Here)



# OREGON DEPARTMENT OF CORRECTIONS
## AIC COMMUNICATION FORM

TO: Arrington          Date: 8/31/22

State your issue in detail: I'm submitting this grievance 20 days after the date of the incident & humbly ask that you accept it even though it's over the 14 day time frame. I was rather baffled & not sure how to respond to the action I'm grieving. I didn't know if I could grieve a department or if it had to be a specific person- I couldn't/didn't know who issued the refund.

Sincerely,

Jacki Novak

| AIC Committed Name (first middle last) | SID# | Housing Unit |
|---|---|---|
| JACQUELYN NOVACK | 16511004 | J224B |

Response/Action Taken:

RECEIVED

Date Received: SEP 0 1 2022          Referred To*:

Date Answered: CCCF GRIEVANCE OFFICE          Signature of Staff Member:

*If forwarded, please notify the AIC

CD 214 (02/2020)

# OREGON DEPARTMENT OF CORRECTIONS
## AIC COMMUNICATION FORM

FROM

INSTITUTION: _CCCF_

AIC NAME: _JK NOVACK_

SID #: _1651064_

UNIT/BUNK: _J2243_

ADDRESS: _____

TO

NAME: _Ms. L. Arrington_

TITLE: _____

ADDRESS: _____

--------------------------------------------------------------------------------
(Fold Here)



# OREGON DEPARTMENT OF CORRECTIONS

## AIC COMMUNICATION FORM

TO: Arrington                               Date: 9/1/22

State your issue in detail: In the letter of response, dated Aug. 29th
2022, from Nicole Brown in regard to the DC
(# CCCF-2022-06-006), the 2nd paragraph states:
" ... Attached to this letter is the
response Mr. K Jiske provided."
This response, however, was not provided as
the 2nd paragraph states.

            Could I please get that?


                            Thank you.
                                gned

| AIC Committed Name (first middle last) | SID# | Housing Unit |
|---|---|---|
| JACQUELYN NOVAEK | 16511064 | J224B |

Response/Action Taken: _____

          MY APPOLOGIES. SEE ATTACHED

                    RECEIVED

                    SEP 05 2022

Date Received: _____  Referred To*: _____
          CCCF GRIEVANCE OFFICE
Date Answered: __9/5/22__  Signature of Staff Member: _____
*If forwarded, please notify the AIC

                                    CD 214 (02/2020)

# OREGON DEPARTMENT OF CORRECTIONS
## AIC COMMUNICATION FORM

FROM TO

INSTITUTION: ~~PRCF~~ C.C.C.F

AIC NAME: JK NOVACK

SID #: 6571064

UNIT/BUNK: J 224B

ADDRESS: _____

TO

NAME: Arrington

TITLE: _____

ADDRESS: _____

----------------------------(Fold Here)----------------------------



# OREGON DEPARTMENT OF CORRECTIONS
## AIC COMMUNICATION FORM

TO: Chad Nogel _____ Date: 9/21/21

State your issue in detail: I have sent several kytes about getting a response from Nicole Brown, Jost, someone- anyone, regarding a proposal for xBox game console purchasing. Jost said to do this through a club. What club? We (Womack) sorry submitted a proposal for Lifer's Club which was signed by Emily Brault as a supporting facilitator on 6/21/21. No response. The xBox proposal was submitted over a year ago, on Aug. 25, 2020. Now there is an AIC from (zombie) OSP here who has been allowed to keep their game console. Non Discriminating, equality & fairness is our goal.

Will you please review the proposals mentioned & provide me or Womack with a response so we may proceed as necessary?

Thank you,
Jacle Novak

| AIC Committed Name (first middle last) | SID# | Housing Unit |
|---|---|---|
| JACQUELYN  K  NOVACK | 16511064 | J224ᴮ |

Response/Action Taken: _____
Hello, I have not seen this proposal. Since a game console was approved to transfer in, then out of fairness your proposal should be reviewed again

Please submit me proposal again

Date Received: 10/4/21 _____ Referred To*: _____

Date Answered: 11/4/21 _____ Signature of Staff Member: C. Nagle _____

*If forwarded, please notify the AIC

CD 214 (02/2020)

# OREGON DEPARTMENT OF CORRECTIONS
## AIC COMMUNICATION FORM

**FROM**

INSTITUTION: _CCCF_
AIC NAME: _JK NOVACK_
SID #: _16511064_
UNIT/BUNK: _J2248_
ADDRESS: _____

**TO**

NAME: _Chad Nogel_
TITLE: _Asst Superintendent_
ADDRESS: _____

-------------------------------- (Fold Here) --------------------------------



# OREGON DEPARTMENT OF CORRECTIONS

## AIC COMMUNICATION FORM

**TO:** Grievance Coordinator   **Date:** 10/6/21

State your issue in detail:

Please disregard the grievance I sent on 9/28 - the issue has been resolved, by Naugle.

Thank you.

Gnoure

| AIC Committed Name (first middle last) | SID# | Housing Unit |
|---|---|---|
| JACQUELYN K NOVACK | 14511064 | J224 B |

Response/Action Taken:

YOU RECEIVED A RESPONSE 10/6/21

I CANOT RETRACT IT.

RECEIVED

Date Received: OCT 6 '21

Date Answered: 10/05/21    Signature of Staff Member:

Referred To*:

*If forwarded, please notify the AIC OFFICE

CD 214 (02/2020)

# OREGON DEPARTMENT OF CORRECTIONS
## AIC COMMUNICATION FORM

**FROM**

INSTITUTION: CCCF

AIC NAME: JK NOVACK

SID #: 16511064

UNIT/BUNK: J224B

ADDRESS:

**TO**

NAME: Grievance Coordinator

TITLE:

ADDRESS:

-------------------------------------------------- (Fold Here) --------------------------------------------------



# OREGON DEPARTMENT OF CORRECTIONS
## AIC COMMUNICATION FORM

TO: B. Ledbetter _____ Date: 5/17/22

State your issue in detail: Since the men at OSP who are under investigation still have their Xbox, Play Station & Sega Genesis consols, can the women at Coffee Creek (who are NOT under investigation) have their Xboxes that arrived here at CCCF on 5/16/22? Please don't hold our property from us as a punishment for what others have done. Additionally, OSCI still has their Xboxes, for use in cell.

| AIC Committed Name (first middle last) | SID# | Housing Unit |
|---|---|---|
| JACQUELYN KELLY NOVACK | 16511064 | J224B |

Response/Action Taken: All equipment deployment is on hold until a determination is made

Date Received: 5-18-2022        Referred To*: _____

Date Answered: 6-1-2022        Signature of Staff Member: _____

*If forwarded, please notify the AIC

CD 214 (02/2020)

# OREGON DEPARTMENT OF CORRECTIONS
## AIC COMMUNICATION FORM

**FROM**

INSTITUTION: _CCCF_
AIC NAME: _JK NOVACK_
SID #: _1651064_
UNIT/BUNK: _J224B_
ADDRESS: _____

**TO**

NAME: _B Ledbetter_
TITLE: _____
ADDRESS: _____

---

(Fold Here)

Page: 1 of 1 (3 page limit)    Grievance # CCCF-2022-09-043

Official Use Only                Resubmit

## GRIEVANCE FORM

Name: NOVACK    JACQUELYN    K    16571064    J2248
Last        First        Initial    SID#    Cell/Block/Bunk #

Whom are you grieving: Forest Ledbetter

Please provide the date/time of incident giving rise to grievance: 9/22/22

List in detail all the reasons for your grievance. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

I filed a discrimination complaint against Forest Ledbetter at the end of May, 2022 that was accepted on 6/30/22, DC# CCCF_2022_06_016. F. Ledbetter has not responded to this & the alotted 70 day timeframe has passed. By not responding to my discrimination complaint he is hindering my due right to "due process".

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

I want F. Ledbetter to respond to my discrimination complaints & grievances in a timely manner, using the appropriate response forms & not hinder my due process.

9/22/22
Date

Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
|  | RECEIVED SEP 23 2022 CCCF GRIEVANCE OFFICE |  |  |
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

*For grievance information see back page. Distribution: White (Original grievance form); Canary (AIC receipt after processed)*    CD 117 (11/2019)

Page: 1 of 1 (3 page limit)    Grievance # CCCF-2022-05-053

*Official Use Only*    Resubmit

## GRIEVANCE FORM

Name: NOVACK    JACQUELYN    K    16511064    J224B
Last    First    Initial    SID#    Cell/Block/Bunk #

Whom are you grieving: B. Ledbetter

Please provide the date/time of incident giving rise to grievance: 5/17/22

List in detail all the reasons for your grievance. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

On 5/17/22, I sent B. Ledbetter a Kyte asking him, "since the men at OSP who are under investigation still have their xbox, PlayStation & Sega Genesis consoles, can the women at Coffee Creek (who are not under investigation) have their xboxes? that arrived at CCCF on 5/16/22" Also stating, "Please don't hold our property from us as punishment for what others have done... the men at OSCI still have their xboxes also."
B. Ledbetter is treating me unprofessionally by not answering my Kyte in a timely manner.

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

I want B. Ledbetter to respond to my Kyte, in writing.

5/24/22
Date

Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| | RECEIVED MAY 31 2022 CCCF GRIEVANCE OFFICE | ACCEPTED JUN 01 2022 CCCF GRIEVANCE OFFICE | |
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

*For grievance information see back page. Distribution: White (Original grievance form); Canary (AIC receipt after processed)*    CD 117 (11/2019)



# OREGON DEPARTMENT OF CORRECTIONS
## AIC COMMUNICATION FORM

**TO:** K. Jeske                    **Date:** 5/17/22

State your issue in detail: Since the men at OSP who are under investigation still have their Xbox, PlayStation & Sega Genesis Consols, can the women at Coffee Creek (who are NOT under investigation) have their Xboxes that arrived here at CCCF on 5/16/22? Please don't hold our property from us as a punishment for what others have done. Additionally, the men at OSCI still have their Xboxes also.

| AIC Committed Name (first middle last) | SID# | Housing Unit |
|---|---|---|
| JACQUELYN KELLY NOVACK | k0511064 | J224B |

Response/Action Taken:

Good morning and thank you for this note. I have learned the X-boxes were purchased and processed outside of the approved process. I know this is frustrating for you all and the X-Box will be a great thing to have in the facility. We are working to finalize what systems will be allowed into the facility and under what circumstances. Sorry it is a slow process and know we are finalizing a state wide process soon.

Date Received: 5-20-22          Referred To*: _____

Date Answered: 5-19-22          Signature of Staff Member: Ken Jeske

*If forwarded, please notify the AIC

CD 214 (02/2020)

# OREGON DEPARTMENT OF CORRECTIONS
## AIC COMMUNICATION FORM

INSTITUTION:
AIC NAME:
SID #:    **Novack, Jacquelyn**   **16511064**   **J224B**
     CCCF
UNIT/BUNK:   J224 B
ADDRESS:

TO
NAME:   K. Jeske
TITLE:
ADDRESS:

---------------------------------------------------------------
(Fold Here)



# OREGON DEPARTMENT OF CORRECTIONS
## AIC COMMUNICATION FORM

**TO:** Ken Jeske                                    **Date:** 5/25/22

State your issue in detail: I don't understand how we have purchased the xboxes "outside of the approved process" when "the state wide process is still being finalized"

    There is only one cause for my frustration & that is "while you are working to finalize what systems will be allowed into the facility & under what circumstances" the men at OSP & OSCI are still playing their xbox consoles in their cells, & I, a woman, have not been extended the same 'equal opportunity.'

    My xbox has been in this facility for nine (9) days & I have not received it, yet. So, my question is this:"Since the men at OSP & OSCI have been allowed to keep & play their xboxes in their cells, can I have my xbox?" Yes or No?

| AIC Committed Name (first middle last) | SID# | Housing Unit |
|---|---|---|
| JACQUELYN KELLY NOVACK | 11651 1064 | J224B |

Response/Action Taken: No you may not. Please refer to Mrs. Popoff for any updates.

Please feel free to use any of the processes available to you if you feel your rights are being violated

Date Received: 6-24-22                         Referred To*: _____

Date Answered: 6-27-22                         Signature of Staff Member: *Ken Jeske*

*If forwarded, please notify the AIC

CD 214 (02/2020)



# OREGON DEPARTMENT OF CORRECTIONS
## AIC COMMUNICATION FORM

TO: _C. Popoff_        Date: _6/29/22_

State your issue in detail: _Thank you for meeting with us today._
_This is a follow-up reminder to post our_
_question: "Is there a plexi-glass/clear lock box made_
_to use for the Xbox OneS console?"_

_You can Also (google this) to see what I'm talking_
_about & forward what your find to Forest Ledbetter._

_There IS a solution to this problem..._
_Believe ☆_

_Please respond_

| AIC Committed Name (first middle last) | SID# | Housing Unit |
|---|---|---|
| JACQUELYN NOVACK | 16511064 | J224B |

Response/Action Taken: _Ms. Novack:_
_Please see other Kyte... I am really_
_trying!_

Date Received: _____  Referred To*: _____

Date Answered: _7.8.22_  Signature of Staff Member: _[signature]_

*If forwarded, please notify the AIC

CD 214 (02/2020)

# OREGON DEPARTMENT OF CORRECTIONS
## AIC COMMUNICATION FORM

FROM TO

INSTITUTION: CCCF
AIC NAME: JK NOVACK
SID #: 16511064
UNIT/BUNK: J224B
ADDRESS:

TO FROM

NAME: C. Popoff
TITLE: Clear Xbox Box
ADDRESS: CRU

-------------------------------------------------------------- (Fold Here)



# OREGON DEPARTMENT OF CORRECTIONS
## AIC COMMUNICATION FORM

TO: _K. Jeske_     Date: _7/2/22_

State your issue in detail: _On 6/29/22, C. Popoff met with me & informed me that the issue about the Xboxes being purchased outside of the approved process isn't just the way we did it here, at CCCF, but ALL of them, statewide._

_Is this correct?_

| AIC Committed Name (first middle last) | SID# | Housing Unit |
|---|---|---|
| JK NOVACK | 16511064 | J224B |

Response/Action Taken: _Not all of them but a large number of them._

Date Received: __7-27-22__     Referred To*: _____

Date Answered: __7-28-22__     Signature of Staff Member: Ken Jeske

'If forwarded, please notify the AIC

CD 214 (02/2020)



# OREGON DEPARTMENT OF CORRECTIONS
## AIC COMMUNICATION FORM

TO: F. Ledbetter                                    Date: 7/2/22

State your issue in detail: On 7/1/22, B. Jimenez (&/or Hubbard) sent C. Popoff an email with the product information for a clear, plexi-glass lockbox for the Xbox One S console. This product is designed with the purpose of security in mind & even though you haven't required any other AIC with an Xbox (which happen to ALL be male) to use or implement this security measure, it would more than suffice for any of your security concerns that we could tamper with the innards of the console. I'm sure there are several to choose from but this is just me, on Amazon for $80, that C. Popoff said she'd pay for

⋆ if this works for you, can I have my console, please?

**AIC Committed Name (first middle last)**
JACQUELYN NOVACK

**SID#**
16511064

**Housing Unit**
J2Z4B

Response/Action Taken:  All distribution is on hold while the device is under review

Date Received: 7-7-2022          Referred To*: _____

Date Answered: 7-7-2022          Signature of Staff Member: _____
*If forwarded, please notify the AIC

CD 214 (02/2020)

# OREGON DEPARTMENT OF CORRECTIONS
## AIC COMMUNICATION FORM

~~AICs~~ TO

INSTITUTION: CCCF
AIC NAME: JK NOVACK
SID #: 16511064
UNIT/BUNK: J224B
ADDRESS: _____

~~AICs~~ From

NAME: F. Ledbetter
TITLE: Xbox LOCKBOX
ADDRESS: _____

- - - - - - - - - - - - - - - - - - - - (Fold Here) - - - - - - - - - - - - - - - - - - - -



# OREGON DEPARTMENT OF CORRECTIONS
## AIC COMMUNICATION FORM

TO: F. Ledbetter                Date: 7/2/22

State your issue in detail: On 6/29/22 C. Popoff met with me & informed me that I'm not allowed to receive my Xbox console & games that I purchased in February 2022 with a signed 'Terms of use' contract, delivered 5/16/22 & is sitting in the Lifeskills closet. I understand that this hold is due to the "what if" idea that I could use my Xbox (or its parts) to interface with, or "talk" to, the DOC computer systems.

Is this correct?

| AIC Committed Name (first middle last) | SID# | Housing Unit |
|---|---|---|
| JACQUELYN NOVACK | 16511064 | J224B |

Response/Action Taken: I will not discuss the details of the security review. All distribution of devices are on hold while it is being reviewed.

Date Received: 7-7-2022        Referred To*: _____

Date Answered: 7-7-2022        Signature of Staff Member: [signature]

*If forwarded, please notify the AIC

CD 214 (02/2020)

# OREGON DEPARTMENT OF CORRECTIONS
## AIC COMMUNICATION FORM

~~FROM~~ TO

INSTITUTION: _CCCF_
AIC NAME: _JK NOVACK_
SID #: _16511064_
UNIT/BUNK: _J224B_
ADDRESS: _____
_____

From

NAME: _F. Ledbetter_
TITLE: _Xbox hold_
ADDRESS: _____
_____

-----------------------------(Fold Here)-----------------------------



# OREGON DEPARTMENT OF CORRECTIONS

## AIC COMMUNICATION FORM

TO: _C. Pepoff_     Date: _7/2/22_

State your issue in detail: On 7/1/22, B. Jimenez sent you an email with product information for clear plexi-glass lockboxes for the Xbox One S console through Amazon for $80

    Will you please check it out & order them (like you offered) if this is sufficent for Ledbetter's security concerns to be addressed?

               Thank you,

               g-novk

| AIC Committed Name (first middle last) | SID# | Housing Unit |
|---|---|---|
| JK Novack | 16511064 | J224B |

Response/Action Taken: Ms. Novack-

She did & sent the request forward. The initial answer is no & I am trying other avenues for review & consideration. I will let you know when I have an answer, after exhausting all avenues... advocacy sometimes takes a minute.

Date Received: _____    Referred To*: _____

Date Answered: _7.8.22_    Signature of Staff Member: _____

*If forwarded, please notify the AIC

CD 214 (02/2020)

# OREGON DEPARTMENT OF CORRECTIONS
## AIC COMMUNICATION FORM

~~FROM~~ To

**INSTITUTION:** CCCF
**AIC NAME:** J K NOVACK
**SID #:** 16577064
**UNIT/BUNK:** J224B
**ADDRESS:**

~~TO~~ From

**NAME:** C. Popoff
**TITLE:** Xbox Lockbox
**ADDRESS:** Amazon #80

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - (Fold Here) - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Grievance # CCCF-2021-010-010

Official Use Only                                                    Resubmit

## GRIEVANCE FORM

Name: __Novack__  __Jacquelyn__  __K__    __1651104__    __J224B__
     Last        First         Initial        SID#        Cell/Block/Bunk #

Whom are you grieving: __C. Naugle__

Please provide the date/time of incident giving rise to grievance: __9/21/21__

List in detail all the reasons for your grievance. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

On 9/21/21, I sent C. Naugle a kyte (see attached copy of kyte) asking him about the status of a proposal to allow NCI level 3 AICs to purchase a facility specific gaming console & a proposal to create a Lifers Club at Coffee Creek.

In failing to respond to my kyte in a timely manner, C. Naugle is behaving unprofessionally towards me.

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

I want C. Naugle to respond to my kyte.

__9/28/21__
Date

Jacki Novak
Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| | RECEIVED OCT 04 2021 CCCF GRIEVANCE OFFICE | ACCEPTED OCT 06 2021 CCCF GRIEVANCE OFFICE | |
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |



## GRIEVANCE RESPONSE FORM

<u>**TO BE FILLED OUT BY STAFF**</u>                                        Grievance #: CCCF-2021-10-016

TO: Jacquelyn Novack                          16511064
      Name of grievant                                SID #

FROM: Chad Naugle                            Assistant Superintendent ot
      Name of respondent                          Title

List, in detail, action(s) taken. (What action was taken? Was the action what the AIC requested? If not, why? Who
took the action? When was the action taken – date/time?)

Hello. I just recieved your kyte last week. I responded to it on 10/5/21 and came and met with you on J
unit the same day. I am in meetings all day and do my best to respond to kytes within two days of
recieving them.

As for the proposal, I presented it at EMT on 10/5/21, and noone had seen the proposal that was
submitted back on 8/25/20 to Mr. Sheppard. I'm being told that the Superintendent has a copy, but has
not acted on it due to COVID emergency, staffing crisis and waiting to have a full time Assistant
Superintendent of Security in place to respond to this request. I just promoted to this position on 9/1/21.

As for our discussion on 10/5/21, I told you I would bring this to EMT for further discussion and that I
would follow up with you by 10/15/21. I am aware of the proposal and I told you I would look into this
request. Please give me a chance to work on it.

Looking forward to working on this proposal and hope that I can come up with a solution to ensure
equality/fairness since other male institutions allow for this to be purchased.

Do not type past this line

10/6/21                                Page 1 of 1                     _____
Date:                                                                  Signature of Staff Member

                                                                       _____
                                                                       Signature of Supervisor (Print/Sign)

                                                                       Nichole R. Brown

| Receiving Facility (if not processing facility) | Received at Processing Facility | Sent to AIC |
|---|---|---|
| | ACCEPTED<br>OCT 08 2021<br>CCCF GRIEVANCE OFFICE | SENT<br>OCT 08 2021<br>CCCF GRIEVANCE OFFICE |
| Date Stamp | Date Stamp | Date Stamp |

Distribution:
White (Original grievance response form)

CD117B (10/19)

Official Use Only          Resubmit

## GRIEVANCE FORM

Name: NOVACK   JACQUELYN   K   16511004   J224B
        Last        First        Initial        SID#        Cell/Block/Bunk #

Whom are you grieving: B. Ledbetter

Please provide the date/time of the incident giving rise to grievance: 5/17/22

List in detail all the reasons for your grievance. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

On 5/17/22, I sent B. Ledbetter a Kyte asking
him, "since the men at OSP who are under investigation
still have their xbox, PlayStation & Sega Genesis consoles, can
the women at Coffee Creek (who are not under
investigation) have their xboxes? that arrived at CCCF
on 5/16/22" Also stating, "Please don't hold our
property from us as punishment for what others
have done... the men at OSCI still have their
xboxes also."
B. Ledbetter is treating me unprofessionally by not
answering my Kyte in a timely manner.

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

I want B. Ledbetter to respond to my Kyte,
in writing.

5/24/22
Date

Jacl Nordc
Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
|  | RECEIVED MAY 3 1 2022 CCCF GRIEVANCE OFFICE | ACCEPTED JUN 01 2022 CCCF GRIEVANCE OFFICE | |
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

Forest Ledbetter

"Everybody's
outside the
approval process

National
Comms office
to follow up on
secure plexi-glass
boxes for console
6/29/22



**GRIEVANCE RESPONSE FORM**

Grievance #: CCCF-202205-053

**TO BE FILLED OUT BY STAFF**

TO: Novack, Jacquelyn          16511064

    Name of grievant          SID #

FROM: F. Ledbetter          CCS Program Manager

    Name of respondent          Title

List, in detail, action(s) taken. (What action was taken? Was the action what the AIC requested? If not, why? Who took the action? When was the action taken – date/time?)

Kyte has been responded to. "In writing" 6/1/2022

**Do not type past this line**

6/1/2022                          Page 1 of 1

Date:                                                            Signature of Staff Member

| Receiving Facility (if not processing facility) | Received at Processing Facility | Sent to AIC | |
|---|---|---|---|
| | ACCEPTED | SENT | Signature of Supervisor (Print/Sign) |
| | JUN 01 2022 | JUN 01 2022 | |
| Date Stamp | CCCF GRIEVANCE OFFICE Date Stamp | CCCF GRIEVANCE OFFICE Date Stamp | Distribution: White (Original grievance response form) |

CD117B (10/19)

Page: _1_ of _2_ (3 page limit)

DC # CCCF-2022-06-005

*Official Use Only*                    Resubmit

## DISCRIMINATION COMPLAINT FORM

Name: __NOVACK__ __JACQUELYN__ __K__ __1651064__ __J2248__
    Last         First        Initial       SID#       Cell/Block/Bunk #

Please provide the date, time, and location of incident giving rise to your complaint: __May 20, 2022 / J unit__

Person(s) Involved: __K. Jeske__ , _____

Witnesses: __myself__ , __K. Jeske__ _____

Describe your complaint in detail, including a description of the time, place, and location of the incident or issue your complaint concerns. Include copies of any relevant documents or materials that support your complaint, along with the names of any persons you think should be questioned.

On May 20th, 2022, I received a response from K. Jeske regarding my request to receive my Xbox console that was delivered to CCCF on May 16th, 2022 (see attached AIC Communication Form). I used the approved process and procedure that was available to me at CCCF the same way the men at OSP used the approved process and procedure that was available to them. K. Jeske has allowed the men at OSP to keep and continue to play their Xbox consoles in their cells even while under investigation for allegedly utilizing these same Xbox consoles to engage in unauthorized/illicit activity and during the time that an approved state-wide process is in the process of being finalized, whereas he has not allowed me,

Describe what action you want taken to resolve your complaint. (How can the problem be solved?)

_____

_____

_____

Date: 6/1/20

Signature: _(signature)_

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC Returned For Correction | Accepted/Denied/RFC ACCEPTED |
|---|---|---|---|
| RECEIVED | RECEIVED | | |
| JUN 08 2022 | JUN 01 2022 | JUN 03 2022 | JUN 10 2022 |
| CCCF GRIEVANCE OFFICE Date Stamp | CCCF GRIEVANCE OFFICE Date Stamp | CCCF GRIEVANCE OFFICE Date Stamp | CCCF GRIEVANCE OFFICE Date Stamp |

*For discrimination information see back page. Distribution: White (Original discrimination form); Canary (AIC receipt after processed)*    CD 1086D (11/2019)



Page: __2__ of __3__ (3 page limit)

DC # __CCCF - 2022 - 06 - 005__

*Official Use Only*                    Resubmit

## DISCRIMINATION COMPLAINT FORM

Name: __NOVACK__        __JACQUELYN__    __K__    __1651 1064__    __J224B__
    Last            First           Initial        SID#        Cell/Block/Bunk #

Please provide the date, time, and location of incident giving rise to your complaint: __May 20, 2022/J unit__

Person(s) Involved: __K. Jeske__ , _____ , _____

Witnesses: __myself__ , __K. Jeske__ , _____

Describe your complaint in detail, including a description of the time, place, and location of the incident or issue your complaint concerns. Include copies of any relevant documents or materials that support your complaint, along with the names of any persons you think should be questioned.

__a woman, housed in a completely separate facility and NOT__
__currently under investigation to be afforded the same__
__equal opprotunity. In this respect, K. Jeske has clearly__
__demonstrated that he is more partial to men than he is__
__to women, and I feel his actions are, and continue to be,__
__discriminating towards my assigned sex.__

Describe what action you want taken to resolve your complaint. (How can the problem be solved?)

__I would like to receive my Xbox console that was lawfully__
__purchased in the month of February 2022 and delivered__
__to CCCF on May 16th, 2022.__

__6/1/22__
Date

__Jackwhorn__
Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| RECEIVED | RECEIVED | Returned For Correction | ACCEPTED |
| JUN 08 2022 | JUN 01 2022 | JUN 03 2022 | JUN 10 2022 |
| CCCF GRIEVANCE OFFICE Date Stamp | CCCF GRIEVANCE OFFICE Date Stamp | CCCF GRIEVANCE OFFICE Date Stamp | CCCF GRIEVANCE OFFICE Date Stamp |

Page: 1 of 1 (3 page limit)

DC # CCCF-2022-06-005(A)

Official Use Only

Resubmit

## DISCRIMINATION COMPLAINT APPEAL FORM

Name: NOVACK    JACQUELYN    K    16511064    J224B

Last    First    Initial    SID#    Cell/Block/Bunk #

List in detail all the reasons you disagree with the initial discrimination complaint response. (Attach original discrimination complaint form and staff response.)

I filed a Discrimination Complaint against Ken Jeske on 5/20/22 (DC# CCCF-2022-06-005, see attached) that was accepted on 10/10/22 & 70+ days later I have not received a response. The only actionable response to speak of was that the money that I paid for my Xbox console, it's Wifi removal, profile download & games was unwillingly reimbursed to me on 8/11/22.

Describe what action you want taken to resolve your complaint. (How can the problem be solved?)

I would like the Xbox & games that I purchased last February to be sold to me through Toastmasters like K. Jeske told me I can, per our conversation on or about 7/27/22, with Cox & Womack.

8/21/22

Date

Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
|  | RECEIVED AUG 22 2022 CCCF GRIEVANCE OFFICE | Returned For Correction AUG 25 2022 CCCF GRIEVANCE OFFICE |  |
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

## DISCRIMINATION COMPLAINT APPEAL FORM

Name: NOVACK   JACQUELYN   K   11651064   J224B
Last   First   Initial   SID#   Cell/Block/Bunk #

List in detail all the reasons you disagree with the initial discrimination complaint response. (Attach original discrimination complaint form and staff response.)

I filed a Discrimination Complaint against Ken Jeske on 5/30/22 (DC# CCCF-2022-06-005, see attached), it was accepted on 6/10/22. My desire was to receive the Xbox that I purchased in February 2022 but have still not yet received it. His response was to reimburse me on 8/11/22 for the $615.00 that I paid for the console, it's Wifi chip removal, profile download & six games. A statewide purchase process has yet to be finalized & therefore could be finalized to include the process & procedure that is available to me at CCCF. K. Jeske continues to allow the men to keep & play their Xboxes, whereas he has denied me, a woman, to be afforded the equal opportunity. K. Jeske continues to demonstrate that he is more partial to men than women & his actions are discriminating towards my assigned sex.

Describe what action you want taken to resolve your complaint. (How can the problem be solved?)

I would like the Xbox & games that I purchased last February to be sold to me through Toastmaster's like K. Jeske said I can, per our conversation on or about July 27th 2022 with D. Cox & S. Womack.

8/27/22   Jacki Novack
Date   Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | RETURNED/UNPROCESSED Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| | RECEIVED AUG 29 2022 CCCF GRIEVANCE OFFICE | AUG 31 2021 CCCF GRIEVANCE OFFICE | |
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

For discrimination information see back page. Distribution: Green (Original discrimination form); Goldenrod (AIC receipt after processed)   CD 1689 (11/2019)



**GRIEVANCE RESPONSE FORM**

TO BE FILLED OUT BY STAFF                                    Grievance #: CCCF 2022 06 005

TO: Novack, Jacquelyn                    16511064
    _____    _____
    Name of grievant                              SID #

FROM: Ken Jeske                          Institutions Administrator
      _____    _____
      Name of respondent                            Title

List, in detail, action(s) taken.  (What action was taken? Was the action what the AIC requested? If not, why? Who took the action? When was the action taken – date/time?)

This is in response to your Grievance and your feeling like you are being discriminated against as a female because men are currently allowed to purchase, or rent, X-Box gaming consoles when women are not.

As previously explained, the X-Box system you purchased, and have been reimbursed for, was not authorized through the appropriate security and purchasing policies and did not get approved through IT to ensure connectivity security standards. When I learned of this issue, all new purchases of gaming consoles were ceased until we could become compliant with our policies. This work is underway. We have received and approved a secure gaming system from the vendor, have identified a proposed list of games, and are finalizing an affordable price for these modified consoles.

We are finalizing the new AIC purchase program so every AIC will have the opportunity to own their own system and do so within DOC policies. Once this new program is drafted, it will go through the state wide Institution Security Managers (ISM) for consideration and approval.  I appreciate your patience as we work though this complicated issue.

**Do not type past this line**

8-22-22                                        Page 1 of  1

Date: _____

Ken Jeske   Digitally signed by Ken Jeske
            Date: 2022.08.22 12:18:51 -07'00'

Signature of Staff Member

| Receiving Facility (if not processing facility) | Received at Processing Facility | Sent to AIC |
|---|---|---|
|  | ACCEPTED AUG 23 2022 |  |
| Date Stamp | CCCF GRIEVANCE OFFICE Date Stamp | Date Stamp |

Signature of Supervisor (Print/Sign)

Distribution:
White (Original grievance response form)

CD117B (10/19)

Page: _1_ of _2_ (3 limit)    DC # _CCCF - 2022-06-0005(A)_

Official Use Only    Resubmit

## DISCRIMINATION COMPLAINT APPEAL FORM

Name: __NOVACK    JACQUELYN    K__    __16511064__    __J2275__

Last    First    Initial    SID#    Cell/Block/Bunk #

List in detail all the reasons you disagree with the initial discrimination complaint response. (Attach original discrimination complaint form and staff response.)

On August 30, 2022 I received a response denying my Discrimination Complaint against Ken Jeske, Westside Administrator (DC # CCCF - 2022-06-005) which I filed on June 01, 2022. This denial was received in a letter from Superintendent Nicole Brown stating that there was insufficient evidence discovered to substantiate my allegations. This conclusion is neither accurate nor true. Of all the AICs in ODOC custody that rent or/& own an Xbox for in-cell personal use, 100% of them are genetically male, housed in men's facilities. Not only did I not receive my Xbox when it was delivered on 5/16/22, that I lawfully purchased in February 2022, using CCCF's approved process, I was unwillingly & forcefully reimbursed on 8/11/22 the $615.00 that I paid, contrary to my expectation & understanding, per my conversation with C. Propott. Not only would this type of treatment not happen to

Describe what action you want taken to resolve your complaint. (How can the problem be solved?)

I would like the Xbox & games that I purchased last February to be sold, again, to me through our only club, Toastmasters ("how the men do it") like K. Jeske told me I

__9/5/22__
Date

__[signature]__
Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| | RECEIVED | ACCEPTED | |
| | SEP [illegible] | SEP 21 2022 | |
| | CCCF GRIEVANCE OFFICE | CCCF GRIEVANCE OFFICE | |
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

For discrimination information see back page. Distribution: Green (Original discrimination form); Goldenrod (AIC receipt after processed)    CD 1689 (11/2019)

DC # CCCF-2022-06-005(A)

*Official Use Only*

Resubmit

## DISCRIMINATION COMPLAINT APPEAL FORM

Name: NOVACK    JACQUELYN    K    16511064    J224B
Last      First      Initial      SID#      Cell/Block/Bunk #

List in detail all the reasons you disagree with the initial discrimination complaint response. (Attach original discrimination complaint form and staff response.)

the men, it did not & does not happen. The men continue to possess & play their Xboxes in their cells, regardless of any risk to security or purchase process violation but I, a woman, am not afforded the same opportunity. This treatment is clearly discriminatory as it excludes me, a woman, & continues to allow the men to have a higher quality & higher level of entertainment than me, even though we are similarly situated in housing. I have been 'left-out' of the higher quality & level of entertainment based on my assigned sex. The idea of that ODOC Administrators Ken Jeske & Nicole Brown, didn't consider me, a woman, to be included for the incentive item & activity, Xbox, further exhibits their discriminatory mindset, placing me in a 'less-than', or 'un-worthy' category compared to the men.

Describe what action you want taken to resolve your complaint. (How can the problem be solved?)

can, per our conversation on or about July 27th, 2022, when Donaldson, D. Cox & S. Womack were present.

9/5/22
Date

Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| Date Stamp | RECEIVED / Date Stamp | ACCEPTED SEP 21 2022 CCCF GRIEVANCE OFFICE Date Stamp | Date Stamp |

*For discrimination information see back page. Distribution: Green (Original discrimination form); Goldenrod (AIC receipt after processed)* CD 1689 (11/2019)



# Oregon

Kate Brown, Governor

Oregon Department of Corrections
Office of the Inspector General
3601 State St
Salem, OR 97301
Voice: 503-945-0927
Fax: 503-373-1173



November 18, 2022

Jacquelyn Novack SID# 16511064
Coffee Creek Correctional Facility
24499 SW Grahams Ferry Road
Wilsonville, OR 97070

RE: Discrimination Complaint Appeal: CCCF_2022_06_005A.

Dear Jacquelyn Novack:

You have requested review of the above referenced Adult in Custody discrimination complaint by the Adult in Custody Complaint Review Committee (AICCRC). This committee hears appeals of discrimination complaints that were first reviewed at the institutional level. I am responding to your appeal of the original finding regarding your complaint. You filed your original complaint with Coffee Creek Correctional Facility on June 1, 2022. Your complaint was received on June 1, 2022 and accepted for investigation on June 10, 2022. After a thorough investigation, Superintendent Brown determined there was no basis for your complaint. Superintendent Brown sent the reasons for her decision to you in writing dated August 29, 2022. You then sent a letter requesting review of the original decision.

On November 3, 2022, the AICCRC heard your appeal and determined the following: Your allegation of discrimination has been carefully reviewed. The committee found there is no new information or reason to overrule or change the original decision.

The department now considers this matter closed.

Sincerely,

*Craig Prins*

Craig Prins
Inspector General

ACCEPTED

NOV 22 2022

CCCF GRIEVANCE OFFICE

SENT

NOV 22 2022

CCCF GRIEVANCE OFFICE

cc:     CCCF Superintendent
        CCCF Grievance/Discrimination Complaint Coordinator
        AICCRC Chair
        File

Page: 1 of 1 (3 page limit)

DC # CCCF-2022-06-016

Official Use Only ———— Resubmit

## DISCRIMINATION COMPLAINT FORM

Name: NOVACK     JACQUELYN  K     1651104     J224B
       Last         First       Initial      SID#      Cell/Block/Bunk #

Please provide the date, time, and location of incident giving rise to your complaint: 6/1/22

Person(s) Involved: F. Ledbetter

Witnesses: C. Popoff                    K. Jiske

Describe your complaint in detail, including a description of the time, place, and location of the incident or issue your complaint concerns. Include copies of any relevant documents or materials that support your complaint, along with the names of any persons you think should be questioned.

On June 1st 2022, I received a response from Ledbetter regarding my request to receive my xbox console that was delivered to CCCF on May 16th, 2022. His response, "All equipment deployment is on hold until a determination is made", denying my request to receive my property clearly demonstrates that he is partial to men over women since the men still have & continue to use their consoles in their cells. See attached copy of Kyte.

Describe what action you want taken to resolve your complaint. (How can the problem be solved?)

I would like to receive my xbox console & games that were purchased in February 2022 & delivered to CCCF on 5/16/22.

6/13/22
Date

Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| RECEIVED | RECEIVED | Returned For Correction | ACCEPTED |
| JUN 23 2022 | JUN 14 2022 | JUN 21 2022 | JUN 30 2022 |
| CCCF GRIEVANCE OFFICE Date Stamp | CCCF GRIEVANCE OFFICE Date Stamp | CCCF GRIEVANCE OFFICE Date Stamp | CCCF GRIEVANCE OFFICE Date Stamp |

## GRIEVANCE RESPONSE FORM

**TO BE FILLED OUT BY STAFF**

Grievance #: CCCF-2022-06-016

TO:  Noveck, Jacqueline          16511064

Name of grievant                            SID #

FROM: Ken Jeske          Westside Institutions Adm

Name of respondent                    Title

List, in detail, action(s) taken. (What action was taken? Was the action what the AIC requested? If not, why? Who took the action? When was the action taken – date/time?)

As I have previously stated, the X-box you were allowed to purchase at CCCF was not purchased under an appropriate approval process. There was not a state wide process that you mentioned in your complaint and to my knowledge you have been reimbursed for your Xbox purchase. We are nearly finished with a appropriately approved Nintendo Switch purchase program that meets the IT security needs, follows DAS purchasing guidelines and allows all AIC's across the state to own vs. rent these devices and games through an appropriate process. Our hope is that this will be approved and in place to allow people to make purchases and receive them by Christmas.

**Do not type past this line**

Page 1 of 1

Date:

| Receiving Facility (if not processing facility) | Received at Processing Facility | Sent to AIC |
|---|---|---|
| | ACCEPTED | SENT |
| | SEP 2 4 2022 | SEP 2 4 2022 |
| Date Stamp | CCCF GRIEVANCE OFFICE Date Stamp | CCCF GRIEVANCE OFFICE Date Stamp |

**Ken Jeske** Digitally signed by Ken Jeske Date: 2022.09.23 14:02:54 -07'00'

Signature of Staff Member

**Rob Persson** Digitally signed by Rob Persson Date: 2022.09.23 15:29:06 -07'00'

Signature of Supervisor (Print/Sign)

Distribution:
White (Original grievance response form)

CD117B (10/19)

Page: ___ of ___ (3 page limit)    DC # CCCF-2022-06-016(A)

Official Use Only                                                    Resubmit

## DISCRIMINATION COMPLAINT APPEAL FORM

Name: NOVACK    JACQUELYN    K    1651064    J224B
      Last        First        Initial    SID#    Cell/Block/Bunk #

List in detail all the reasons you disagree with the initial discrimination complaint response. (Attach original discrimination complaint form and staff response.)

I filed a discrimination complaint against F. Ledbetter
on 6/14/22 that was accepted on 6/30/22. See
attached DC#CCEF-2022-06-016. F. Ledbetter
continues to demonstrate that he is partial to
men over women by refusing to distribute the
Xbox that I purchased last February to me; but
continues to allow the men to possess & play their
consoles in their cells.

Describe what action you want taken to resolve your complaint. (How can the problem be solved?)

I would like to receive the Xbox that I purchased last Febru-
ary, like Ken Jeske said I can-through Toastmasters - per our con-
versation on or about 7/27/22 with D. Cox & S. Womack.

9/15/22
Date                                                Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | RETURNED UNPROCESSED Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
|  | RECEIVED | | |
|  | SEP 10 2022 | SEP 25 2022 | |
| Date Stamp | CCCF GRIEVANCE OFFICE Date Stamp | CCCF GRIEVANCE OFFICE Date Stamp | Date Stamp |

For discrimination information see back page. Distribution: Green (Original discrimination form); Goldenrod (AIC receipt after processed)    CD 1689 (11/2019)



# Oregon

Kate Brown, Governor

**Oregon Department of Corrections**
Coffee Creek Correctional Institution
24499 SW Grahams Ferry Rd.
Wilsonville, OR 97070
Voice: 503-570-6400



September 26, 2022

Jacquelyn Novack, SID #16511064
Coffee Creek Correctional Facility
24499 SW Grahams Ferry Rd.
Wilsonville, OR 97070

Dear Jacquelyn Novack,

This letter is in response to your Discrimination Complaint, CCCF-2022-06-016, in which you allege that you as a female AIC at Coffee Creek Correctioinal Facility are not being allowed the same access to an X-Box entertainment center as the male AIC's are at male facilities. Ms. L. Arrington, Diversity Coordinator, was assigned the coordination of this investigation.

Please see the attached statement from Mr. K. Jeske regarding your claim.

At the conclusion of the investigation, there was insufficient evidence discovered to substantiate your allegations. Thank you for addressing your concerns appropriately. It is the Department's expectation that its employees, volunteers, and contractors maintain the highest level of professional and respectful standards.

You are entitled to further review of your discrimination complaint by the Adult in Custody Complaint Review Committee (AICCRC). The AICCRC is not under the control of any institution. To get a second review of your complaint you should:

- Send a completed discrimination complaint appeal form and all prior documentation to your Institution Discrimination Complaint Coordinator in accordance with OAR 291-006-0070.

- Please note that the scope of the original complaint cannot be expanded. No additional information may be submitted unless it was unavailable to you at the time the original discrimination complaint was filed, and the information is directly related to the alleged initial complaint.

Your accepted appeal, with attachments, will be sent to the AICCRC for review. You should receive a response from the Inspector General within 70 days.

Sincerely,

Nichole Brown
Superintendent

Jacquelyn Novack, SID #16511064
Discrimination Complaint, CCCF-2022-06-016
September 26, 2022
Page 2 of 2

cc:    Office of the Director                Office of the Inspector General
        Institutions Administrator       Institution Discrimination Complaint Coordinator

ACCEPTED

SEP 2 6 2022

CCCF GRIEVANCE OFFICE

SENT

SEP 2 6 2022

CCCF GRIEVANCE OFFICE

Official Use Only                    Resubmit

## GRIEVANCE FORM

Name: NOVACK    JACQUELYN    K    16511004    J224B
    Last         First        Initial       SID#       Cell/Block/Bunk #

Whom are you grieving: ODOC

Please provide the date/time of incident giving rise to grievance: 8/11/22

List in detail all the reasons for your grievance. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

I received a refund of $615.00 on 5/11/22 for an Xbox, its WiFi removal, my profile download & 10 games that I purchased last February. C. Popoff offered to allow me to be reimbursed, send it out or wait for distribution approval pending a resolution to Ken Jeske's & Forest Ledbetter's approval process (statewide) & security concerns. I chose to wait for the resolution & pursue discriminatory issues since none of the concerns seemed to affect the men. While waiting for resolution, ODOC forced a reimbursement upon me without a resolution to how I can receive my property that I have done nothing to cause the lose of its priveledge. This property was purchased lawfully through the only process available to me at the time, the same process used for crafts & other special items.

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

I would like to purchase & receive the Xbox & games that I ordered last February through Toastmasters like Ken Jeske said I can in a conversation I had with him, D. Cox & S. Womack on/about 7/27/22.

8/31/22
Date

Jacki Novak
Signature

<table>
<tr><td>Receiving Facility<br>(If not processing facility)</td><td>Received at Processing Facility<br><br>RECEIVED<br>SEP 01 2022<br>CCCF GRIEVANCE OFFICE</td><td>Accepted/Denied/RFC<br><br>RECEIVED<br>SEP 01 2022<br>CCCF GRIEVANCE OFFICE</td><td>Accepted/Denied/RFC</td></tr>
<tr><td>Date Stamp</td><td>Date Stamp</td><td>Date Stamp</td><td>Date Stamp</td></tr>
</table>

Official Use Only                    Resubmit

## GRIEVANCE FORM

Name: NOVACK    JACQUELYN    K    165/1064    J2243
     Last        First        Initial    SID#    Cell/Block/Bunk #

Whom are you grieving: Nicole Brown

Please provide the date/time of incident giving rise to grievance: 8/26/22

List in detail all the reasons for your grievance. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

I submitted a Grievance to C. Popoff for not answering a Kyte from 7/5/22 to 7/13/22 that was accepted on 7/26/22 (see attached #CCCF-2022-07-033). As C. Popoff's supervisor, it is Nicole Brown's duty to ensure CCCF staff answer & respond to written correspondence accordingly & appropriately, in a timely manner. When C. Popoff does not answer a grievance with the required "Grievance Response Form" (CD117B) it hinders my right to "Due Process". By not enforcing the correct application of departmental policies, rules & other directives by CCCF staff, specifically C. Popoff, Nicole Brown is behaving unprofessional toward me.

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

I would like Nicole Brown to ensure that C. Popoff does not hinder my right to due process by responding to my grievances using the "Grievance Respons Form"-CD117B.

9/1/22
Date

Jackie Novak
Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility RECEIVED SEP 02 2022 CCCF GRIEVANCE OFFICE | Accepted/Denied/RFC ACCEPTED SEP 05 2022 CCCF GRIEVANCE OFFICE | Accepted/Denied/RFC |
|---|---|---|---|
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

## GRIEVANCE RESPONSE FORM

**TO BE FILLED OUT BY STAFF**                    Grievance #: CCCF-2022-09-003

TO: Novack, Jacquelyn                          16511064
_____                            _____
Name of grievant                                SID #

FROM: Nichole Brown                            Superintendent
_____                            _____
Name of respondent                              Title

List, in detail, action(s) taken. (What action was taken?  Was the action what the AIC requested?  If not, why?  Who took the action?  When was the action taken – date/time?)

Ms. Novack,
September 21, 2022 we spoke at the Puppy Matriculation ceremony regarding your concerns for AIC idleness and responsiveness from the CRU to your requests.  I assured you that we would be reinstating the craft box program and working on the music theory group and that timely responses to AIC communication is important to me.  Based on that conversation, and our follow up at the Medium Town Hall, it is my understanding that the matter associated with the grievance is closed.

**Do not type past this line**

11/02/2022                          Page 1 of 1                    *Nichole R. Brown*    Digitally signed by Nichole R Brown
_____                                                                              Date: 2022.11.04 11:25:12 -07'00'
Date:                                                              Signature of Staff Member

                                                                  Ken Jeske    Digitally signed by Ken Jeske
                                                                               Date: 2022.11.08 07:49:41
                                                                               -08'00'
                                                                  Signature of Supervisor (Print/Sign)

| Receiving Facility (if not processing facility) | Received at Processing Facility | Sent to AIC |
|---|---|---|
|  | ACCEPTED | SENT |
|  | NOV 14 2022 | NOV 14 2022 |
|  | CCCF GRIEVANCE OFFICE | CCCF GRIEVANCE OFFICE |
| Date Stamp | Date Stamp | Date Stamp |

Distribution:
White (Original grievance response form)

CD117B (10/19)

Case 3:23-cv-01511-AA   Document 1   Filed 10/13/23   Page 78 of 102
Page: 1 of 1 (3 page limit)   Grievance # CCF-2022-01-043
Official Use Only          Resubmit

## GRIEVANCE FORM

Name: NOVACK    JACQUELYN    K          16571064        J2248
Last          First          Initial          SID#          Cell/Block/Bunk #

Whom are you grieving: Forest Ledbetter

Please provide the date/time of incident giving rise to grievance: 9/22/22

List in detail all the reasons for your grievance. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

I filed a discrimination complaint against Forest Ledbetter at the end of May, 2022 that was accepted on 6/30/22, DC# CCCF-2022-06-016. F. Ledbetter has not responded to this & the alotted 70 day timeframe has passed. By not responding to my discrimination complaint he is hindering my ~~true~~ right to "due process."

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

I want F. Ledbetter to respond to my discrimination complaints & grievances in a timely manner, using the appropriate responce forms & not hinder my due process.

9/22/22                                     Jacle Mik
Date                                        Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| | RECEIVED SEP 23 2022 CCCF GRIEVANCE OFFICE | | |
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |



## GRIEVANCE RESPONSE FORM

**TO BE FILLED OUT BY STAFF**                                    Grievance #: CCCF-2022-09-043

TO: Jacquelyn Novack                          16511064
_____          _____
Name of grievant                                    SID #

FROM: L. Arrington                            Diversity Coordinator
_____          _____
Name of respondent                                Title

List, in detail, action(s) taken. (What action was taken? Was the action what the AIC requested? If not, why? Who took the action? When was the action taken – date/time?)

In your grievance you claim that as of 9/22/2022 Discrimination Complaint CCCF-2022-06-016 had not been responded to thus hindering your due process. A response was received for this Discrimination Complaint on 9/26/2022 and forwarded to you on the same date. The response was received late but has not affected your due process.

**Do not type past this line**

Date: 10/3/22

Page 1 of 1

Signature of Staff Member
J. O'leary

Signature of Supervisor (Print/Sign)

| Receiving Facility (if not processing facility) | Received at Processing Facility ACCEPTED | Sent to AIC SENT | |
|---|---|---|---|
| | OCT 03 2022 | OCT 03 2022 | |
| | CCCF GRIEVANCE OFFICE | CCCF GRIEVANCE OFFICE | Distribution: White (Original grievance response form) |
| Date Stamp | Date Stamp | Date Stamp | |

CD117B (10/19)



# OREGON DEPARTMENT OF CORRECTIONS
## AIC COMMUNICATION FORM

**TO:** LifeSkills          **Date:** 9/21/20

State your issue in detail:

What needs to happen for a vendor (say, for game consoles) to become Doc. approved for "Package Authorization" shipments? Like: Mary Maxim, Triarco, etc.

Is there forms they need to fill out? Can I get those?

What is the overall process? From start to finish?

Thank you,
J Novak

| AIC Committed Name (first middle last) | SID# | Housing Unit |
|---|---|---|
| Jacquelyn K Novaek | 16511064 | J207 B |

Response/Action Taken:

1) Generic approval from Capt Brws.
2) Read approval from Mail room.
3) Approval from Cpt Brws.
4) Approval from Popoff.
5) Policy change aun ored.

Life skills
letters though
on special
requests
set forth

Date Received: _____
Date Answered: 8/26/20    Referred To*: _____
*If forwarded, please notify the AIC    Signature of Staff Member: Mr C

CD 214 (02/2020)

# OREGON DEPARTMENT OF CORRECTIONS
## AIC COMMUNICATION FORM

FROM TO

INSTITUTION: _CCCF_
AIC NAME: _JK novack_
SID #: _1651 1064_
UNIT/BUNK: _J 207 B_
ADDRESS: _____

TO FROM

NAME: _Lifeskills_
TITLE: _Vendor Approval_
ADDRESS: _____

-------------------------------------------------- (Fold Here) --------------------------------------------------

# Proposal for Facility-Specific Gaming Console

To:     C. Naugle, Assistant Superintendent of Security – Coffee Creek Correctional Facility (CCCF)

From:  Jacquelyn Novack & Sasha Womack

Date:   October 18, 2021

RE:    Proposal for a facility-specific xBox game console & games

1. The purpose of this proposal is to allow NCI level 3 AIC's to purchase an xBox One game console with up to 5 games for in-cell use through GameStop Inc., Walkenhorst's Company, &/or other viable sources such as, Wal-Mart, Amazon, etc. (see attached copy of Walkenhorst's "xBox 360 Games" & order form). Both GameStop & Walkenhorst's Company are approved prison industry distributors.

2. AIC's who obtain NCI level 3 status will be authorized by Operations Captain Jost via the 'Package Authorization Form CD-948' to purchase a facility-specific xBox game console & games from approved distributors. AIC's will order these specific items using the same mechanism & procedure that AIC's use to order: 1) craft supplies through LifeSkills, or 2) religious supplies through the security office. Either ordering procedure will include the same packet that includes the following:

    a. A 'Package Authorization Form';
    b. The item's order form to the company;
    c. A pre-addressed, stamped envelope; &
    d. A stamped & signed CD-28 for the full amount including shipping/handling.

3. Several benefits of authorizing AIC's to purchase this game console & games include:

    a. Promote normalization;
    b. Pro-social interaction creating a community with other 'gamers' (both seasoned & novis) where players can share experiences & tips for play-through;
    c. Reduced stress levels;
    d. Improve quality of the existing entertainment options;
    e. Relieve the disparity female AICs housed in CCCF experience in comparison to other ODOC facilities that are predominantly male;
    f. Alleviate negative behaviors that occur as a result of discouragement or boredom & encourage AIC's to obtain a NCI level 3 status;
    g. Parity & equality amongst various institutions, both male & female.

Both Oregon State Penitentiary (OSP) & Oregon State Correctional Institution (OSCI) have allowed its AIC population to have access to facility –specific game consoles for in-cell use. OSP has allowed its AIC population to purchase both a PlayStation & a Sega Genesis for in-cell use. OSCI allows its AIC population on the honor housing using to rent xBox units for in-sell use. It is also worth noting here that OSP & OSCI's AIC populations are notoriously more violent than CCCF's AIC population, & yet these items are not considered a threat to the safety, security, or orderly operation of either OSP or OSCI.

Submitted by: _____     Date: _____

Submitted by: _____     Date: _____

To: D. Sheppard, Assistant Superintendent of Security

From: Jacquelyn Novak and Sasha Womack

Date: August 25th, 2020

RE: Proposal for a Facility-Specific Entertainment Gaming Console

1. The purpose of this proposal is to allow NCI level 3 AIC's to purchase either an Xbox One S or a Playstation 4 entertainment gaming console with up to 5 games for in-cell use through Books N Things Warehouse Inc. (see attached copy of Books N Things "Game Consoles and Games" and order form) and The Walkenhorst's Company (see attached copy of Walkenhorst's "Xbox 360 Games" and order form). Both The Walkenhorst's Company and Books N Things Warehouse Inc. are approved prison industry distributors.

2. AIC's who obtain NCI level 3 status will be authorized by Operations Captain A. Bruns via Package authorization form CD948 (see attached copy of Oregon Department of Corrections Package Authorization) to purchase a Facility-Specific Entertainment Gaming Console and games from approved distributors. AIC's will order these specific items using the same mechanism and procedure that AIC's use to order craft supplies through Lifeskills. The order packet will include the following:
   a) One Package Authorization Form;
   b) One order form;
   c) One pre-addressed stamped envelope (paid); and
   d) One signed CD-28 for the full amount including shipping and handling.

3. By allowing AIC's to purchase a Facility-Specific Entertainment Gaming Console and games, the Department of Corrections will encourage AIC's to engage in productive, pro-social interactions with both AIC's and staff. A Facility-Specific Entertainment Gaming Console and games also improves the quality of the existing entertainment options at CCCF. Both Oregon State Penitentiary (OSP) and Oregon State Correctional Institution (OSCI) have allowed its AIC populations to have access to Facility-Specific Entertainment Gaming Consoles for in-cell use. OSP has allowed its AIC population to purchase both a Playstation and a Sega Genesis for in-cell use. OSCI allows its AIC population on the honor housing unit to rent Xbox units for in-cell use. It is also worth noting here that OSP and OSCI's AIC populations are notoriously more violent than CCCF's AIC population, and yet these items are not considered a threat to the safety, security, or orderly operations of either OSP or OSCI. Authorizing a Facility-Specific Entertainment Gaming Console will alleviate the disparity female AIC's housed in CCCF experience in comparison to other ODOC facilities that are predominantly male. Allowing this will also alleviate some of the bad behaviors that occur as a result of boredom and encourage AIC's to obtain NCI level 3 status.

Submitted by: _____

Submitted by: _____

Proposal Title: Game Console

Proposal Date: 6/15/2020

Proposal Submitted By: Jacquelyn Nowack

**Proposal:** To allow incentive level 3 AIC's to purchase XBox gaming console and up to 5 games for in-cell use. The XBox gaming console is an institution specific item.

**Plan:** AIC's who obtain NCI level 3 status will be given the privilege to receive package authorization to purchase one XBox gaming console from the Walkenhorst Company, a DOC approved vendor that specializes in providing AIC's with the opportunity to purchase an XBox gaming console that meets the security requirements of DOC facilities nationwide. See attached photo of game console as advertised on the Walkenhorst website.

**Need:** Encourages AIC's to engage in prosocial rehabilitation by allowing AIC's to improve their existing entertainment options. The AIC's at CCCF need to be provided a sense of equal opportunity compared to institution specific items offered/allowed at other DOC facilities in the state of Oregon. In addition, this could alleviate many levels of bad behavior due to boredom and encourage AIC's to level up.

**Expenses/Duties:** All expenses incurred will be paid for by the AIC via package authorization and CD-28. The operation Captain in coordination with the Lifeskills department will facilitate the purchasing and distribution of the XBox game consoles as they arrive in the facility e.g. the Craft supply ordering process.

**DO NOT WRITE BELOW  FOR MANAGEMENT APPROVAL ONLY**

Approved        Yes    [  ]        Signature: _____        Date: _____
Comment:

Denied/Referred    Yes    [  ]        Signature: _____        Date: _____
Comment:

Pending        Yes    [  ]        Signature: _____        Date: _____
Comment:

Modified: 10/18/2019



NOVACK
J224

11/23 @ 3:15 — LifeSkills xBox meeting

## List of Approved Xbox Games

To: C. Naugle, Assistant Superintendent of Security— Coffee Creek Correctional Facility

From: Sasha Womack

Date: November 16th, 2021

Re: List of Approved Xbox Games

1. Tales of Arise
2. Immortals: Fenyx Rising
3. Skyrim: Elderscrolls V
4. Assassin's Creed (Valhalla) Odyssey
5. Psychonauts 2
6. Call of Duty: Black Ops Cold War
7. Mass Effect: Legendary
8. Dragon Age: Inquisition
9. Need for Speed: Hot Pursuit
10. Far Cry 6

next:

Half Life 1,2 + Portal
BioShock Complete
Fall Out 3 (sami
Halo Infinite
New World (? PS)
Soul Caliber
Final Fantasy

Approved by:

11/18/21

## APPROVED

NOV 18 2021

ASSISTANT SUPERINTENDENT
CCCF SECURITY

List of Approved Xbox Games

Page 1 of 1

more →

Kingdom Hearts
Lego Harry Potter
Sims 4



X-BOX (must be a level 3 to order)

Xbox one S (wifi removed): $340
Includes:
- Console      - HDMI
- Power adapter - Controller

Call of Duty Back Ops Cold War ($50)
Genre: First Person Shooter

Mass Effect Legendary ($45)
Genre: Action/Alien first person shooter

Dragon Age: Inquisition ($40)
Genre: The epic role-playing game

Need for Speed: Hot Pursuit ($35)
Genre: Racing game

Far Cry 6 ($50)
Genre: Action/ Adventure

Assassin's Creed Valhalla ($45)
Genre: Action/Adventure Quest

Tales of Arise ($50)
Genre: Anime Action role-playing game

Immortals Fenyx Rising ($40)
Genre: Mythical Action Adventure

Elderscrolls V: Skyrim ($50)
Genre: Role-Playing Game/ Adventure Quest

To Order: Send a kyte to Lifeskills with the following:
- Completed CD-28 for total amount due to "Reboot Salem"
- Pre-addressed envelope
- Completed order form
- Completed package authorization form

# OREGON DEPARTMENT OF CORRECTIONS

*COPY*

## PACKAGE AUTHORIZATION

**Instructions to Inmate:** Completion of this form is required to receive **any** package into a correctional facility. Print clearly and submit this form to the proper authority for authorization. **All three sections must be properly filled out.** The **original** will be returned to the inmate to send to the person authorized to send the package. Attach a CD28 for Withdrawal of Funds to the Package Authorization if required for payment.

**Section I:**

| | | |
|---|---|---|
| **Name of Sender:** | Robert Salem | |
| **Address of Sender:** | Street/Route: 354 Center St. | |
| | City: Salem | State: OR    Zip: 97310 |
| **Package Contents:** | 1. Xbox One S Console | 4. |
| | 2. 10 games | 5. |
| | 3. | 6. |
| **Inmate's Name:** | Printed: JACQUELYN Novak | Signature: Novak |

| | |
|---|---|
| **Final Authorization: Approved:** _____    **Denied:** _____ | |
| **Signature:** _____ | **Date:** _____ |

Cut on Line
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Section II**

### INVENTORY LIST

**Instructions to Sender:** Attach Authorized Package Label on the **outside** of the package. If the **AUTHORIZED PACKAGE LABEL** is not attached, the package will be refused. The package must be sent through the U. S. Postal System or UPS if authorized by the institution. **Enclose the Inventory List** and the listed items in the package.

| | | |
|---|---|---|
| 1. Xbox One S console | | 4. |
| 2. 10 games | | 5. |
| 3. | | 6. |

Cut on Line
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Section III**

### AUTHORIZED PACKAGE LABEL

**From:** Robert Salem
354 Center St.
Salem, OR 97310

**To:** JACQUELYN Novak % Lieskel
**SID#:** 11511064    **Unit/Cell/Bunk** J22-4B
**Facility:** Coffee Creek Correctional Facility
**Address:** 24499 SW Grahams Ferry Rd.
Wilsonville, OR 97070

**Authorized By:**

_____

Distribution: White (original) – Inmate / Yellow – Mailroom / cc's:(2)  Inmate / File Copy          CD948 (11/03)

# Xbox One S & Games Order Form

To:    Reboot Salem                 From:  _Jacquelyn Novack #16511064_

      354 Center St.                              *(Full Name and SID #)*

      Salem, OR 97310          CCCF c/o Lifeskills Department

                                                    24499 SW Grahams Ferry Rd.

                                                    Wilsonville, OR 97070

| Qty | Item Description | Price Each | Total Cost |
|---|---|---|---|
| 1 | Xbox One S (wifi removed) | $340.00 | 340.00 |
| | Tales of Arise | $50.00 | |
| 1 | Immortals: Fenyx Rising | $40.00 | 40.00 |
| 1 | Assassin's Creed: Valhalla | $45.00 | 45.00 |
| ✗ | Call of Duty: Black Ops Cold War | $50.00 | 0 |
| 1 | Mass Effect: Legendary | $45.00 | 45.00 |
| 1 | Dragon Age : Inquisition | $40.00 | 40.00 |
| ✗ | Need for Speed: Hot Pursuit | $35.00 | |
| 1 | Far Cry 6 | $50.00 | 50.00 |
| 1 | The Elderscrolls V: Skyrim | $50.00 | 50.00 |
| | | | |
| | | Shipping & Handling: | $5.00 *(Flat rate)* |
| | | | |
| | | Total Cost: | ~~575.00~~ 615.00 |

| Substitutions if item(s) unavailable: | | |
|---|---|---|
| | | |
| | | |
| | | |

Make checks payable to: **"Reboot Salem"**

Check One:  ✓  Please credit any overpayment to my Reboot Salem account.

           ____  Please mail me a refund check for any overpayment.

SID#   0016511064   Name: NOVACK, JACQUELYN KELLY        BKG#  2670951
LOCATION: CCCF-J-J224B

| DATE | TRANSACTION DESCRIPTION | RECEIPT# | TRANSACTION AMT | BALANCE |
|------|-------------------------|----------|-----------------|---------|
| 02/01/2022 | CPSR SAL ORD #9442867 | | 145.00 | 2,085.97 |
| 02/02/2022 | Interest Distribution | | 0.65 | 2,086.62 |
| 02/07/2022 | ERHBC | | ( 50.85) | 2,035.77 |
| 02/08/2022 | CRSP SAL ORD #9509058 | | ( 12.10) | 2,023.67 |
| 02/16/2022 | CRSP SAL ORD #9519461 | | ( 50.83) | 1,972.84 |
| 02/16/2022 | CRSP SAL ORD #9520421 | | ( 73.00) | 1,899.84 |
| 02/16/2022 | GS Cookies - PF | | ( 25.00) | 1,874.84 |
| 02/16/2022 | REBOOT SALEM | | ( 615.00) | 1,259.84 |

*Forced refund* (handwritten annotation)

|          TRANSACTION DESCRIPTIONS --        |  | GENERAL SAVINGS  SUB-ACCOUNT | | |
|------|-------------------------|----------|-----------------|---------|
| DATE | TRANSACTION DESCRIPTION | RECEIPT# | TRANSACTION AMT | BALANCE |

|          TRANSACTION DESCRIPTIONS --        |  | RESERVE OPTICAL  SUB-ACCOUNT | | |
|------|-------------------------|----------|-----------------|---------|
| DATE | TRANSACTION DESCRIPTION | RECEIPT# | TRANSACTION AMT | BALANCE |

|          TRANSACTION DESCRIPTIONS --        |  | RESERVED DENTAL  SUB-ACCOUNT | | |
|------|-------------------------|----------|-----------------|---------|
| DATE | TRANSACTION DESCRIPTION | RECEIPT# | TRANSACTION AMT | BALANCE |

|          TRANSACTION DESCRIPTIONS --        |  | AIC SPENDING   SUB-ACCOUNT ACCOUNT | | |
|------|-------------------------|----------|-----------------|---------|
| DATE | TRANSACTION DESCRIPTION | RECEIPT# | TRANSACTION AMT | BALANCE |
| 01/26/2022 | CRS SAL ORD #9493059 | | ( 18.76) | 1.28 |
| 01/26/2022 | CSR SAL ORD #9493059 | | 18.76 | 20.04 |
| 02/03/2022 | Interest Distribution | | 0.39 | 20.43 |

|          TRANSACTION DESCRIPTIONS --        |  | TRANSITIONAL   SUB-ACCOUNT SAVINGS | | |
|------|-------------------------|----------|-----------------|---------|
| DATE | TRANSACTION DESCRIPTION | RECEIPT# | TRANSACTION AMT | BALANCE |

IF THE DEPARTMENT HAS COLLECTED MONEY FROM YOUR ACCOUNT FOR
DEBT, YOU MAY OBTAIN AN ADMIN REVIEW PER OAR 291-158-0065.

The Difference Between OSP & CCCF    (1)

The most blatant & harmful difference I've seen between OSP & CCCF is the manner of Staff/AIC interaction.

Not all, but most of the staff here act in an unprofessional manner — beginning with a general attitude of disrespect based in treating us like grown-up children instead of adults.

As adults, that puts us in the same peer group as Staff, but we're not treated accordingly. Much of this treatment boils down to being designed to subjugate women & "keep them in their place".

It begins with tone when they speak to AIC's. It's often condescending, pre-sumptuous (as if talking to a 2-year old), sarcastic, unnecessarily short & pushy, oftentimes openly abusive & compounded by mistreating the person verbally in the presence of other AIC's.

At OSP, Staff would never speak to a male AIC this way, especially in front of others. There, they begin with a baseline of professionalism founded on the expectation & fostering of mutual respect.

I believe this dysfunctional culture of abuse here centers around the fact that we are seen as women as 2nd class citizens. & we have a history of not standing up for ourselves — a fact that the staff are well aware of & which they exploit to maintain their power of control over us.

This controlling power extends to dictating arbitrary rules about our clothing:

• They instill a feeling of shame about our bodies in us by dictating that we must wear bras at all times.

• They have us "model" shirts & pants to the Clothing Room officer when we ask for new clothing. It must meet with his/her subjective approval as not being "too suggestive".

~~L2A~~
L1B

& if so, making us try on new items.

- They dictate that socks - even ankle socks - must be visible above the top of our shoes. I've personally seen officers stop female AICs in the corridor - a highly public space - & make them remove their shoes to ensure they're wearing sox.
- They literally bark at us to tuck our shirts in if not tucked in. Again, it's not just the action, but the unprofessional way they instruct.
- ~~We~~ Remember - None of these things are done at OSP to the men! They are all literally designed to constantly remind us that they control our bodies beyond imprisoning them.

The unprofessionalism of CCCF staff extends into every area of our interaction with them.

I was surprised to see how many Kytes are completelery ignored as to responding to. I've personally sent multiple kytes to all members of Admin - from the Superintendent down to Dept Mgrs - all without a response.

At OSP, all staff are required to answer every kyte from an AIC. I've personally sent multiple kytes to the Supt. which he has personally responded to. It's just one more way to show their contempt for us as adults & human beings worthy of common courtesy & respect.

And yet, if we even begin to question their behavior or point out inappropriate behavior, their immediate response is to either threaten, or in many cases, carry out sanctions.

At OSP, situations such as these would be 1st attempted to be worked thru & resolved, just as you would with any other adult, before resorting to use of sanctions

LSA
LIC
(2)

These are just a few examples of how Security's Administration
at CCCF show contempt for the guidelines of The Oregon Way —
a set of guidelines issuing from the Director's office which are
expected to be adhered to by all ODOC staff in the State.
This dysfunctional culture is perpetuated by the structure — There
is a core group of officers who have been at CCCF for many
years — some since its opening — who have instilled this unprofessional
the mistreatment of female AICs as normality, & who instruct
the new officers who come here for training that this is "normal".
Again, I've personally seen the result of this — these officers
who move on to OSP, for example, end up either having to be
re-educated by fellow staff & AICs on acceptable & expected
performance as an Oregon Corr. Off., or they end up eventually
coming back here, where they can misbehave without repercussions.
The only way to fix this problem which is so entrenched, in my opinion
would be to ?
. Install a Supt. who actually takes charge of ensuring that
day to day operations & directives for acceptable interactions are
actually 'followed thru on.
2. Clean house — Either make it clear that existing staff will
get on board with professional behavior or make it so uncomfort-
able for them that they leave. Then install new officers trained by
Staff with a proven track record of following The Oregon Way
3. Install the heirarchy that exists @ other institutions, i.e.
Lts, Capt Capts, Lts, Sgts who follow the heirarchy professionally
Much of the reason there are so many problems here
is because this extended staff of C/os & Cprl's



are allowed to treat AICs as they please, without ever being
held accountable or responsible for their actions.
These are the people responsible for chasing off every professional,
empathetic staff member I've seen who's actually tried to improve
things around here & bring CCCF into 21st Century standards for
rehabilitating AIC's.
Instead, they've recently doubled down on their methods by
re-introducing the stringent & draconian rules that they had been
moving away from, towards Normalization.
The incumbent Staff have made it clear they are threatened by
normalization because they would have to change how they
treat us & thereby lose some of their power of arbitrary Control.
CCCF is not going into the 21st Century — its going backward
into the mid-20th Century.
There are many more singular events I could recount to defend
my accusations, but honestly, this is all so depressing &
frustrating that I can't go on at the moment.

Ruby Taylor
ID 2286952

L5A
L1E

Incentives & Amenities Available @ Mens Prisons, But Not CECF's

Yard                                    Incentives
∘ Bathroom                              ∘ Clubs & Special Interest Groups.
∘ Drinking Fountain                     ∘ Hobby Shop
∘ Grass, Flower Gardens, Veg. Gardens   ∘ Fund raisers
∘ Horseshoes, SoftBall, U-Ball, Shuffle board, PingPong, Pool, Hand ball Courts
∘ Multiple Weight Stations
∘ Organized Team Sports:
   ∘ SoftBall
   ∘ B-ball            All
   ∘ U-Ball            Have
                       outside
   ∘ Pool              Teams
                       Allowed
   ∘ Running Program   To Play

In-Cell
Multiple Movie Channels (In-House)
∘ Movies 24 hrs day
∘ New Movies Weekly
∘ Series - (Game of Thrones, Sopranos, etc)
∘ Music Channel - 24 hrs/ Genre changed daily
∘ Cultural Channels - Asian, Latino, African-American
∘ Fundraiser Channel

VERY DATES VARIED VARY, BUT ALL BEING ADVERTISED LB

L2A

DOZEN COSTCO MUFFINS          6) DENNYS - B FAST OPTIONS
EARLS JR. VARIOUS ITEMS       7) COSTCO PIZZA
MCDONALDS    "    "           8) EL RANCHERO RESTURANT - VARIOUS DINNERS
WENDYS       "    "           9) HONG KONG RES. - VARIOUS PLATES
PAPA MURPHYS PIZZA            10) SHARI'S REST. - FULL PIES
                             11) ARBYS - VARIOUS BURGERS
, IS ON TOP OF REGULAR       CONTINUOUS FUNDRAISERS:

GTR BOX CANDYS                  GIRL SCOUT COOKIES
SALT WATER TAFFY                GOURMET COFFEE - DUTCH BRO'S ETC.
JCE - TOMATOE, ONION, AVOCADO   FISH PRODUCTS. OYSTER, CLAMS, SARDINES
    CILANTRO, JALAPENO'S, PEARS  CHEEZ ITS   SALMON ETC.
                                CHEESE  ANIMAL COOKIES, CHEX MIX
ON FOOD ITEMS TOO:                                    ETC. ETC.

ERS              XROX              TOM ELECTRIC TOOTHBRUSH
NALS             DURA STATION
RTS BEANIES      TANK TOPS
SOCKS            DANNER BOOTS

GUESS THEY FIGURE IF CANTEEN ISN'T GETTING OUR MONEY
MAY AS WELL -- ALOT OF TOP 11 ARE SOLD OUT FAST, ALL OF
AVE NO LIMIT PER CUSTOMER BUT ONLY CAN ALLOW 200-300
S ALL TOLD. SO I COULD ORDER 3) SPICY CHICKEN SANDWHICHES
WENDYS @ 5.00 EA. AND 2) WENDYS SINGLES BURGERS ALSO 5.00 EA.
ONE ORDER... FEED ME. SO GUYS GO CRAZY AND SPEND
, ESPECIALLY LIFERS. THOSE RESTURANTS SELL PLATED MEALS

2B

A LITTLE HANDHELD NUMBER ... WITH TETRIS, DONKEY KONG,
MARIO, ETC. AND YOU COULD ROUTE IT THROUGH YOUR T.V.
OR USE THE SCREEN ON THE GAMEBOY STYLE SCREEN. THEY SOLD
FOR 30.⁰⁰ ... THAT WAS THE FIRST, THEN ANOTHER YEAR AND
THEY GOT OK FOR ~~STATE CONSOLE~~ WITH I DON'T KNOW HOW
MANY PRE-SET GAMES? BUT ALOT. THE ~~XBOX~~ APPROVAL HAS
COME AFTER A MANY YEAR PROGRESSION ... THE UNIT COSTS
350.⁰⁰ GAME'S (ONLY P/G TEEN APPROVED) COST FROM 20.⁰⁰ TO 50⁰⁰
THEY'RE TRYING TO ARRANGE OFFERING SLIGHTLY USED GAMES
FOR LESS ... FROM "GAME COOP" ~~STORE~~ . I WILL SEE IF I CAN GET
AHOLD OF 7TH STEP PRESIDENT . HE'S THE CAT (INMATE) WHO WAS
WORKING YEARS FOR APPROVAL AND WORKS WITH STAFF ALLOWING
HIM TO EMAIL VENDORS (IT WAS A SEARCH, FOR VENDOR) O-S.P.
THUS FAR HAVE ONLY OK'D 300 UNITS ... LIKE I SAY IT'S ALL
NEW AND AFTER YEARS OF SUBMITTING PROPOSAL'S & HARD WORK
AND A RECEPTIVE SUPERINTENDENT WHO FOLLOW'S HEAD OF D.O.C.
~~COLLETTE~~ PETERS CALL OF "NORMALIZATION". O.S.P IS ALL ABOUT
THAT ... COLLETTE & D.O.C. OFFICIALS WENT TO NORWAY TO SEE
HOW THEY TREAT INMATE'S (NOW A.I.C.'S) AND NORWAY OFFICIALS
CAME TO O.S.P. (I THINK I TOLD YA ABOUT THAT, RIGHT?.) SO
1RST OLD RULE TO FALL WAS DRESS CODE, SHIRTS UN-TUCKED OR
JUST THERMAL, OR TANK TOPS (SOLD BY CLUB) SHORTS EVERYWHERE 24/,
HAT'S, BEENIES, ON ANYTIME, PLACE . HAT'S WITH COLLARS →

but he would get the point to stop. Their are
other ways and I wish I could help I know
it sucks.

Hey I'm glad you got the post card. I ran
across your pretty pictures and thought I
would drop you a line or two. I want to thank
you for your word of encouragement they
have helped a great deal. Hey let me ask you
something. When this SB191 goes through here
soon would you let ~~you~~ me buy you and
your other half a cup of coffee some time? I would
be out as soon as all that would go through.
Meanwhile their doing feeds here and sold ▓▓▓▓
▓▓▓▓▓. I tell yea I got one. Were just playing
the waiting game to get them. Well Morgan
I think I will wrap this up were getting ready
for sheet exchange catch ya latter. Please
not another month befor I hear from you lol

        Jamie


    Their were never anything to forgive
you for

Morgan                              April 4, 2021

Hey their hows everything going? Everything
here has pretty much gone back to normal.
We are on teir 2 still but that will change
here in about two week or so. We have been
able to work out on the weight pile again.
Thank God. I have a lot to do in a short
amount of time. I've got faith in myself I
can get close to where I want to be. I want
to show my ex what she is missing. Lol Na, I'm
doing it for myself. Lol

So you are going minimum in June? Did you
guys get notice that their doing istead 48
months it is now 60 months to be minimum?
So Sweet Heart you very well might go anyday.
I don't want to make how your feeling any
worse I just thought you should know is all.
I am sorry to hear about Jon being bullied.
I wouldn't listen to my advice in saying to
brake the Bullys noise. Even though back 20 +
years ageo that would of worked. Now days
he would get in to much trouble and it
wouldn't be worth it. Maybe not brake his nose

L3C

**Oregon Department of Corrections - AIC Mail**
Institution _D R C T_                 SID _17027271_
Name _Jamie David Mangus_
Address _3920 E Ashwood Rd_
City _Madras_                 State _OR_ Zip _97741_



EUGENE OR   974

6 APR 2021   PM 3  L

★ USA ★ FOREVER ★

Morgan Larsen
# 17581303
24499 Sw Grahams Ferry Rd
Wilsonville OR 97070



Larsen, Morgan Alici
17581303            **J113A**

97070-752399      **CCCF**
Oregon Department of Corrections.

## CERTIFICATE OF SERVICE

**CASE NAME:** _____Novack_____ v. _____Jeske and Ledbetter_____

**CASE NUMBER:** (if known) _____

COMES NOW, _____Jacquelyn Kelly Novack_____, and certifies the following:

That I am incarcerated by the Oregon Department of Corrections at __Coffee Creek Correctional__ Facility (CCCF) in Wilsonville, Oregon. _____.

That on the _____ day of _October_____, 20 23 , I personally placed in the Correctional Institution's mailing service A TRUE COPY of the following:

39.010 Complaint for Violation of Civil Rights, 39.020 Application to Proceed In Forma Pauperis,

39.030 Cover Sheet, 39.150 Motion for Appointment of Counsel, 06.000 Inmate Trust Account Records

I placed the above in a securely enclosed, postage prepaid envelope, to the person(s) named at the places addressed below:

United States District Court
For The District of Oregon
1000 SW Third Avenue Rm. 740
Portland, Oregon 97204

_____
(Signature)

Print Name  Jacquelyn Kelly Novack
S.I.D. No.: 16511064
 Coffee Creek Correctional Facility
 24499 SW Grahams Ferry Rd.
 Wilsonville, OR 97070

Page 1 of 1 –Certificate of Service                    Form 03.015