Print Name: Jacquelyn Novack
Sid #: 165101064
24499 SW Grahams Ferry Rd.
Wilsonville, OR 97070

FILED13OCT'23 10:29USDC-ORP

# IN THE UNITED STATES DISTRICT COURT

# FOR THE STATE OF OREGON

| | |
|---|---|
| Jacquelyn Novack, | Case No. 3:23-cv-1511 AA |
| v. | MOTION FOR APPOINTMENT OF COUNSEL |
| Ken Jeske, | |
| Forest Ledbetter. | 18 USC § 3006A(2)(B) |

1.

COMES NOW, the Plaintiff, a prisoner not represented by counsel in the above entitled matter and, pursuant to 18 U.S.C. § 3006A (2)(B), respectfully requests this Court for its order appointing counsel to represent plaintiff in this matter. This motion is supported by a Motion to Proceed Informa Pauperis and an Application to Proceed In Forma Pauperis, the Plaintiff's Six Month Trust Statement is attached.

2.

Plaintiff believes that he is entitled to relief sought and if able would retain counsel on his/her own if financially able, to protect his interests.

Page 1 of 2– Motion for Appointment of Counsel                             Form 39.150

**3.**

The interests of justice would be best served if an attorney would be appointed to the Plaintiff.

Dated this 10 day of October 2023.

Respectfully Submitted,

*Jacqui Novack*
(Signature)
Print Name: Jacquelyn Novack
Sid #: 16511064
24499 SW Grahams Ferry Rd
Wilsonville, OR 97070